## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **NEURAL AI LLC,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION 7:24-CV-00221-DC-DTG** |
| | § | |
| **NVIDIA CORPORATION,** | § | |
| *Defendant.* | § | |

## JOINT MOTION TO ENTER SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order Setting Initial Pretrial Conference (ECF No. 27) and the Court's Order Governing Proceedings ("OGP"), the Parties have reached agreement concerning the Scheduling Order for the above referenced case. The Proposed Scheduling Order is attached as Exhibit A.

DATED: January 22, 2025

By: */s/ Mark D. Siegmund*
Mark D. Siegmund
Texas Bar No. 24117055
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Christopher C. Campbell
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
Telephone: (202) 626-5578
Facsimile: (202) 626-3737
ccampbell@kslaw.com

Britton F. Davis *(pro hac vice to be filed)*
Brian Eutermoser (*pro hac vice to be filed*)
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile: (720) 535-2400
bfdavis@kslaw.com
beutermoser@kslaw.com

*Attorneys for Plaintiff Neural AI, LLC*

DATED: January 22, 2025                    By: */s/ L. Kieran Kieckhefer*
                                           L. Kieran Kieckhefer (*pro hac vice*)
                                           Jaysen S. Chung (*pro hac vice*)
                                           GIBSON, DUNN & CRUTCHER LLP
                                           One Embarcadero Center, Suite 2600
                                           San Francisco, CA 94111
                                           (415) 393-8200
                                           kkieckhefer@gibsondunn.com
                                           jschung@gibsondunn.com

                                           Brian Rosenthal
                                           Ahmed ElDessouki (*pro hac vice*)
                                           GIBSON, DUNN & CRUTCHER LLP
                                           200 Park Ave.
                                           New York, NY 10166
                                           (212) 351-4000
                                           brosenthal@gibsondunn.com
                                           aeldessouki@gibsondunn.com

                                           Lillian J. Mao (*pro hac vice*)
                                           GIBSON DUNN & CRUTCHER LLP
                                           1881 Page Mill Road
                                           Palto Alto, CA 94301-1211
                                           (650) 849-5307
                                           lmao@gibsondunn.com

                                           Barry K. Shelton (Texas State Bar No. 24055029)
                                           SHELTON COBURN LLP
                                           311 RR 620 S, Suite 205
                                           Austin, TX 78734
                                           (512) 263-2165
                                           bshelton@sheltoncoburn.com

                                           *Attorneys for Defendant NVIDIA Corporation*

**JOINT MOTION TO ENTER SCHEDULING ORDER**                                    **Page 3**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 22nd day of January 2025.

/s/ *Mark D. Siegmund*
Mark D. Siegmund