**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI LLC,** § | |
| *Plaintiff,* § | |
| § | |
| **v.** § | **CIVIL ACTION 7:24-CV-00221-DC-DTG** |
| § | |
| § | |
| **NVIDIA CORPORATION,** § | |
| *Defendant.* § | |

**SCHEDULING ORDER**

The Court **GRANTS** the Parties Joint Motion for Entry of Scheduling Order (ECF No. 36)

and, pursuant to Rule 16, Federal Rules of Civil Procedure, **ORDERS** that the following schedule

will govern deadlines up to and including the trial of this matter:

| Date | Item |
|---|---|
| **April 1, 2025** | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| **April 15, 2025** | Parties exchange claim terms for construction. |
| **April 29, 2025** | Parties exchange proposed claim constructions. |
| **May 6, 2025** | Parties disclose extrinsic evidence.  The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon in their opening brief with respect to claim construction or indefiniteness.  With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.  With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |

1

| | |
|---|---|
| **May 13, 2025** | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| **May 20, 2025** | Defendant files Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| **June 10, 2025** | Plaintiff files Responsive claim construction brief. |
| **June 24, 2025** | Defendant files Reply claim construction brief. |
| **July 8, 2025** | Plaintiff files Reply claim construction brief. |
| **July 11, 2025** | Parties submit Joint Claim Construction Statement. |
| **July 15, 2025** | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| **July 29, 2025** | *Markman* hearing at 2:00 p.m.. |
| **July 30, 2025** | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| **September 9, 2025** | Deadline to add parties. |
| **September 23, 2025** | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions.  This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| **November 18, 2025** | Deadline to amend pleadings.  A motion is not required unless the amendment adds patents or claims.  (Note: This includes amendments in response to a 12(c) motion). |
| **January 27, 2026** | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue.  Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| **March 17, 2026** | Close of Fact Discovery. |
| **March 24, 2026** | Opening Expert Reports. |
| **April 21, 2026** | Rebuttal Expert Reports. |
| **May 12, 2026** | Close of Expert Discovery. |

| | |
|---|---|
| **May 19, 2026** | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits.  To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side.  The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| **May 26, 2026** | Dispositive motion deadline and *Daubert* motion deadline.<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge |
| **July 7, 2026** | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| **July 21, 2026** | Serve objections to pretrial disclosures/rebuttal disclosures. |
| **July 28, 2026** | Serve objections to rebuttal disclosures and file motions *in limine*. |
| **August 4, 2026** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| **August 11, 2026** | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| **July 14, 2026** | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| **August 11, 2026** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| **August 14, 2026** | Final Pretrial Conference at 1:30 p.m. |
| **September 8, 2026** | Jury Selection/Trial at 8:00 a.m. |

SIGNED THIS 27TH DAY OF JANUARY, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

3