**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

NEURAL AI, LLC

Plaintiff,

v.

NVIDIA CORPORATION

Defendant.

Case No. No. 7:24-cv-00221-ADA-DTG

**JURY TRIAL DEMANDED**

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Neural AI, LLC and Defendant NVIDIA Corporation jointly move the Court for entry of the proposed Protective Order attached hereto as Exhibit A. The parties have conferred in good faith and reached agreement on all terms of the proposed Protective Order except for certain language in Paragraph 29. Neural AI's position is that Paragraph 29 should include only the text color-coded in green, for the reasons set forth in its September 25, 2025 dispute chart. NVIDIA's position is that Paragraph 29 should include only the text color-coded in red, for the reasons set forth in its September 25, 2025 dispute chart.

The Parties respectfully request that the Court enter the proposed Protective Order, resolving the sole disputed provision in Paragraph 29 as it deems appropriate.

Dated: October 3, 2025

Respectfully submitted,

*/s/ Rocco Magni*
Max L. Tribble.
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620

/s/ *L. Kieran Kieckhefer*
L. Kieran Kieckhefer (pro hac vice)
Jaysen S. Chung (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715

Rocco Magni
Texas State Bar 24092745
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
SUSMAN GODFREY L.L.P.
WA State Bar 5125174
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
msiegmund@cjsjlaw.com

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, TX 76701
Max@CiccarelliLawFirm.com

***Attorneys for Plaintiff, Neural AI, LLC***

(415) 393-8200
kkieckhefer@gibsondunn.com
jschung@gibsondunn.com

Brian Rosenthal (pro hac vice)
Ahmed ElDessouki (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com
aeldessouki@gibsondunn.com

Lillian J. Mao (pro hac vice)
GIBSON DUNN & CRUTCHER LLP
310 University Avenue Palo Alto, CA
94301-1744
(650) 849-5307
lmao@gibsondunn.com

Barry K. Shelton (Texas State Bar No.
24055029)
SHELTON COBURN LLP
311 RR 620 S, Suite 205 Austin, TX
78734-4775
(512) 263 2165
bshelton@sheltoncoburn.com

***Attorneys for Defendant NVIDIA Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I caused the foregoing to be filed electronically with the Court using the CM/ECF, which will send notification of such filing to all counsel of record.

/s/ *Tanner Laiche*
Tanner Laiche