IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

NEURAL AI, LLC,

     Plaintiff,

     v.

NVIDIA CORPORATION,

     Defendant.

Case No. 7:24-cv-00221-ADA-DTG

**FIRST AMENDED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Agreed Date | Event |
|---|---|
| Tuesday, December 30, 2025 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions.  This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| Tuesday, March 31, 2026 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue.  Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| Tuesday, May 19, 2026 | Close of Fact Discovery. |
| Friday, May 29, 2026 | Opening Expert Reports. |
| Wednesday, June 24, 2026 | Rebuttal Expert Reports. |
| Wednesday, July 15, 2026 | Close of Expert Discovery. |

1

| | |
|---|---|
| Tuesday, July 21, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits.  To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side.  The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday, July 28, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |
| Tuesday, September 8, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, wit-ness lists, discovery and deposition designations). |
| Tuesday, September 22, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Tuesday, September 29, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| Tuesday, October 6, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Tuesday, October 13, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Tuesday, September 15, 2026 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, October 13, 2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, October 16, 2026 | Final Pretrial Conference. |
| Monday, November 9, 2026 | Jury Selection/Trial. |

**SIGNED** this 16th day of December, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE