# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| NEURAL AI, LLC <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION <br><br> Defendant. | Case No. No. 7:24-cv-00221-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATION TO EXTEND DEADLINES FOR FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS**

Plaintiff Neural AI, LLC ("Neural AI") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties") file this Joint Stipulation to Extend the Deadlines for Final Infringement and Invalidity Contentions.

WHEREAS, on December 2, 2025, the Court entered an Order setting December 30, 2025 as the deadline for the service of final infringement and invalidity contentions (Dkts. 132, 125);

WHEREAS, on December 2, 2025, the Court ordered that Neural AI's infringement contentions due on December 30 "shall identify on an element-by-element basis for each asserted claim what source code of each accused instrumentality allegedly satisfies the software limitations of the asserted claim elements" for all source code that NVIDIA produced before November 30, 2025, and that "[i]f the plaintiff contends that a claim element is a software limitation or demonstrated by source code, the plaintiff may identify the element as such until 30 days after source code for that element has been produced by the defendant";

1

WHEREAS, on December 18, 2025, Neural AI requested an extension to its deadline to serve final infringement contentions;

WHEREAS, in view of the Holidays, NVIDIA agreed to extend the deadline for the Parties to serve their respective final contentions from December 30, 2025 to January 13, 2026, and that Neural AI may supplement its infringement contentions on or before January 20, 2026 to address source code that NVIDIA produced between December 1, 2025 and December 20, 2025; and

WHEREAS, by agreeing to this extension, NVIDIA does not concede that Neural AI may include, chart, or accuse any implement (such as software libraries) in its final infringement contentions that Neural AI never included, charted, or accused previously, and NVIDIA reserves all rights to challenge the scope and propriety of Neural AI's final infringement contentions after they are served, including as to prejudice with respect to the timing of the service of the final infringement contentions.

IT IS HEREBY STIPULATED by the Parties that the deadline for final infringement and invalidity contentions is extended to January 13, 2026, and that Neural AI may supplement its infringement contentions on or before January 20, 2026 to address source code that NVIDIA produced between December 1, 2025 and December 20, 2025.

This stipulation modifies only the deadlines identified above. All other deadlines and provisions in the Court's December 2, 2025 Order (Dkt. 132) and the First Amended Scheduling Order (Dkt. 135) remain unchanged.

IT IS SO STIPULATED.

Dated: December 29, 2025

Respectfully submitted,

| /s/ Tanner Laiche | /s/ Ahmed ElDessouki |
|---|---|
| Max L. Tribble | L. Kieran Kieckhefer (*pro hac vice*) |

Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
SUSMAN GODFREY L.L.P.
WA State Bar 60450
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
msiegmund@cjsjlaw.com

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC

Casey J. McCracken (*pro hac vice*)
Lillian J. Mao (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA  94111-3715
(415) 393-8200
kkieckhefer@gibsondunn.com
cmccracken@gibsondunn.com
lmao@gibsondunn.com

Brian Rosenthal
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com
aeldessouki@gibsondunn.com

Barry K. Shelton (Texas State Bar No. 24055029)
SHELTON COBURN LLP
 311 RR 620 S, Suite 205
Austin, TX 78734-4775
(512) 263 2165
bshelton@sheltoncoburn.com

***Attorneys for Defendant NVIDIA Corporation***

100 N. 6th Street, Suite 502
Waco, TX 76701
Max@CiccarelliLawFirm.com

***Attorneys for Plaintiff, Neural AI, LLC***

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive electronic service.

/s/ *Tanner Laiche*
Tanner Laiche