**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

NEURAL AI, LLC,

Plaintiff,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 7:24-cv-00221-ADA-DTG

# JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Neural AI, LLC ("Neural AI") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties") respectfully submit this Joint Motion to Amend the Scheduling Order. The Parties have met and conferred and have agreed to modify the First Amended Scheduling Order (Dkt. 135) to provide additional time for fact discovery and expert reports. On April 20, 2026, the Parties filed a Joint Submission Regarding Case Schedule. *See* Dkt. 160. On May 19, 2026, the Court directed the Parties to file a motion to amend the Scheduling Order. The Parties' proposed modifications to the case schedule are reflected in the proposed amended scheduling order attached as Exhibit A and further reproduced in the table below:

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, May 19, 2026 | Tuesday, August 11, 2026 | Close of Fact Discovery. |
| Friday, May 29, 2026 | Thursday, August 27, 2026 | Opening Expert Reports. |
| Wednesday, June 24, 2026 | Thursday, October 8, 2026 | Rebuttal Expert Reports. |
| Wednesday, July 15, 2026 | Tuesday, October 20, 2026 | Close of Expert Discovery. |

| Current Date | Agreed Date | Event |
| --- | --- | --- |
| Tuesday, July 21, 2026 | Tuesday October 27, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday, July 28, 2026 | Tuesday November 3, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |
| Tuesday, September 8, 2026 | Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, wit-ness lists, discovery and deposition designations). |
| Tuesday, September 22, 2026 | Tuesday, December 8, 2026 | Serve objections to pretrial dis-closures/rebuttal disclosures. |
| Tuesday, September 29, 2026 | Tuesday, December 15, 2026 | Serve objections to rebuttal dis-closures and file motions *in limine*. |
| Tuesday, October 6, 2026 | Tuesday, December 22, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Tuesday, October 13, 2026 | Thursday, January 7, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Tuesday, September 15, 2026 | Monday, December 14, 2026 | Parties to contact Court to con-firm their pre-trial conference and trial dates. |
| Tuesday, October 13, 2026 | Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, October 16, 2026 | Friday, January 15, 2027 | Final Pretrial Conference. |
| Monday, November 9, 2026 | Monday, January 25, 2027 | Jury Selection/Trial. |

Although the parties have agreed on the dates set forth above, Neural AI has proposed that the case be bifurcated or severed into three separate trials organized by accused product groupings

to simplify the issues for trial and promote an orderly presentation of the parties' infringement, damages, and invalidity evidence. NVIDIA opposes Neural AI's proposal.

Accordingly, Neural AI does not agree that the case should proceed on a single trial date covering all accused products and all issues. Neural AI's agreement to the schedule above is without prejudice to its proposal for separate trials, including its position that the agreed trial date should apply only to the first trial. The number of trials, the scope of each trial, and whether additional trial dates should be set remain open issues.

The parties will continue to meet and confer regarding Neural AI's proposal and will promptly notify the Court if they reach agreement or, if necessary, submit the issue for the Court's resolution.

Dated: May 29, 2026

Respectfully submitted,

*<u>/s/ Rocco Magni</u>*
Max L. Tribble.
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
SUSMAN GODFREY L.L.P.

*<u>/s/ Brian A. Rosenthal</u>*
Brian A. Rosenthal (*pro hac vice*)
Paul E. Torchia (*pro hac vice*)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com
ptorchia@gibsondunn.com
aeldessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8541
bburoker@gibsondunn.com

Nathan R. Curtis (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP

One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
SUSMAN GODFREY L.L.P.
WA State Bar 5125174
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
msiegmund@cjsjlaw.com

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, TX 76701
Max@CiccarelliLawFirm.com

***Attorneys for Plaintiff, Neural AI, LLC***

2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3423
ncurtis@gibsondunn.com

Barry K. Shelton
TX State Bar No. 24055029
Bradley D. Coburn
TX State Bar No. 24036377
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734-4775
(512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Benjamin N. Luehrs
Joze Welsh (*pro hac vice*)
Jordan Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jowens@desmaraisllp.com

Brooke A. Miller (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
(202) 451-4900
bmiller@desmaraisllp.com

***Attorneys for Defendant NVIDIA Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on May 29, 2026.

/s/ *Barry K. Shelton*
Barry K. Shelton

Counsel for Defendant NVIDIA Corporation