# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

NEURAL AI, LLC,

    Plaintiff,

v.

NVIDIA CORPORATION,

    Defendant.

Case No. 7:24-cv-00221-ADA-DTG

## SECOND AMENDED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Amended Date | Event |
| --- | --- |
| Tuesday, August 11, 2026 | Close of Fact Discovery. |
| Thursday, August 27, 2026 | Opening Expert Reports. |
| Thursday, October 8, 2026 | Rebuttal Expert Reports. |
| Tuesday, October 20, 2026 | Close of Expert Discovery. |
| Tuesday October 27, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday November 3, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |
| Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |

1

| Amended Date | Event |
|---|---|
| Tuesday, December 8, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Tuesday, December 15, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| Tuesday, December 22, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Thursday, January 7, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Monday, December 14, 2026 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, January 15, 2027 | Final Pretrial Conference. |
| Monday, January 25, 2027 | Jury Selection/Trial. |

**SIGNED** this 4th day of June, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

2