# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| NEURAL AI, LLC | § | |
| | § | |
| vs. | § | NO:  MO:24-CV-00221-ADA-DTG |
| | § | |
| NVIDIA CORPORATION | § | |

## ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute Charts emailed on 6/9/26 and 6/15/26 on Wednesday June 17, 2026 at 02:00 PM (1 hour time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 16th day of June, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE