**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| Neural AI, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:24-CV-00221-ADA-DTG |
| | ) | |
| NVIDIA Corporation | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Amazon.com, Inc., and Microsoft Corporation.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 7232 Crosswater Avenue, Tyler, Texas 75703; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
GILLAM & SMITH, L.L.P.
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: tom@gillamsmithlaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 17th day of June, 2026 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham
