**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:24-CV-00221-ADA-DTG** |
| | § | |
| **NVIDIA CORPORATION,** | § | |
| *Defendant,* | § | |

**ORDER ON DISCOVERY DISPUTE CHART SUBMITTED ON JUNE 9, 2026**

The plaintiff and third party, Dell, Inc., submitted a discovery dispute concerning a subpoena served on Dell by the plaintiff. The Court set the dispute for a hearing, and after hearing arguments of counsel, **ORDERS** as follows:

The plaintiff and Dell are **ORDERED** to meet and confer regarding the nine requests for production contained in Exhibit D to the June 9, 2026 discovery dispute chart. The parties are to consider the scope of the requests and the available responsive documents in light of the guidance offered by the Court at the hearing.

The plaintiff and Dell are further **ORDERED** to email the Court by June 24, 2026 with the results of the meet and confer regarding the requests for production contained in Exhibit D, and including a statement about the scope of any agreement that has been reached or each parties' position regarding each request for production. For guidance, the format should include the request for production followed by either the agreement or the plaintiff's position for the request for production followed by the defendant's position. Upon receipt of that document, the Court will address any remaining disputes.

Finally, it is **ORDERED** that Dell's request for fees is **DENIED** without prejudice to reraising such request or requesting cost shifting at a future time.

**SIGNED** this 17th day of June, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE