**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:24-CV-00221-ADA-DTG** |
| | § | |
| **NVIDIA CORPORATION,** | § | |
| *Defendant,* | § | |

## ORDER ON DISCOVERY DISPUTE CHARTS SUBMITTED ON JUNE 15, 2026

The plaintiff and third parties Microsoft Corporation and Amazon.com, Inc. submitted discovery dispute charts concerning subpoenas served on Microsoft and Amazon by the plaintiff. The court set the disputes for a hearing, and after hearing arguments of counsel, **ORDERS** as follows:

The plaintiff's requested relief is **DENIED** without prejudice and the parties are instructed to file whatever motions they deem appropriate in whichever judicial district they deem appropriate.

**SIGNED** this 17th day of June, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE