**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC, | |
| Plaintiff, | |
| v. | Case No. 7:24-cv-00221-ADA-DTG |
| NVIDIA CORPORATION, | |
| Defendant. | |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION FOR TRANSFER

Defendant NVIDIA Corporation hereby notifies the Court that it withdraws its Motion for

Intra-District Transfer to the Austin Division (Dkt. 114).

1

Dated:  June 23, 2026                              Respectfully submitted,


                                                   */s/ Brian Rosenthal*
                                                   Jaysen S. Chung (*pro hac vice*)
                                                   GIBSON, DUNN & CRUTCHER LLP
                                                   One Embarcadero Center
                                                   Suite 2600
                                                   San Francisco, CA  94111-3715
                                                   (415) 393-8200
                                                   kkieckhefer@gibsondunn.com
                                                   jschung@gibsondunn.com

                                                   Brian Rosenthal
                                                   Ahmed ElDessouki (*pro hac vice*)
                                                   GIBSON, DUNN & CRUTCHER LLP
                                                   200 Park Avenue
                                                   New York, NY 10166-0193
                                                   (212) 351-4000
                                                   brosenthal@gibsondunn.com
                                                   aeldessouki@gibsondunn.com

                                                   Casey J. McCracken (*pro hac vice*)
                                                   GIBSON, DUNN & CRUTCHER LLP
                                                   3161 Michelson Drive
                                                   Irvine, CA 92612-4412
                                                   (949) 451-3800
                                                   cmccracken@gibsondunn.com

                                                   Lillian J. Mao (*pro hac vice*)
                                                   GIBSON DUNN & CRUTCHER LLP
                                                   310 University Avenue
                                                   Palo Alto, CA 94301-1744
                                                   (650) 849-5307
                                                   lmao@gibsondunn.com

                                                   Barry K. Shelton (Texas State Bar No. 24055029)
                                                   SHELTON COBURN LLP
                                                   311 RR 620 S, Suite 205
                                                   Austin, TX 78734-4775
                                                   (512) 263 2165
                                                   bshelton@sheltoncoburn.com

                                                   *Attorneys for Defendant NVIDIA Corporation*

3

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing sealed documents via electronic mail and publicly filed documents via the Court's CM/ECF system on June 23, 2026.

/s/ *Barry K. Shelton*
Barry K. Shelton