UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

NEURAL AI, LLC                     §
    *Plaintiff,*                §
                            §
                            §
v.                                 §     CAUSE NO. 7:24-cv-00221
                            §
NVIDIA CORPORATION                 §
    *Defendant.*               §

## NOTICE OF APPEARANCE OF COUNSEL

Defendant NVIDIA Corporation ("NVIDIA") hereby provides notice that the following

attorneys are appearing as additional counsel in this matter:

Harper Estes
Texas Bar No. 00000083
hestes@lcalawfirm.com
Lisa K. Hooper
Texas Bar No. 24047282
lhooper@lcalawfirm.com
Lynch, Chappell and Alsup
300 N. Marienfeld, Suite 700
Midland, Texas 79701
(432) 683-3378
(432) 683-2587 – Facsimile

Mr. Estes and Ms. Hooper hereby appear and desire to be noticed on all filings. Brian

Rosenthal will continue to serve as lead counsel for NVIDIA in this case.

*(Signature on following page).*

Respectfully submitted,

LYNCH, CHAPPELL & ALSUP
A Professional Corporation
Reliance Building, Suite 700
300 North Marienfeld
Midland, Texas 79701
Telephone: 432/683-3351
Telecopier: 432/683-2587


By:   /s/ Harper Estes
Harper Estes
hestes@lcalawfirm.com
State Bar No. 00000083
Lisa K. Hooper
lhooper@lcalawfirm.com
State Bar No. 24047282
**ATTORNEYS FOR DEFENDANT
NVIDIA CORPORATION**


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon all counsel of record via E-file on this 23rd day of June 2026.

/s/ Harper Estes
Harper Estes