**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC, | |
| Plaintiff, | Case No. 7:24-cv-00221-ADA |
| v. | |
| NVIDIA CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

**PLAINTIFF NEURAL AI LLC'S DESIGNATION OF CO-LEAD COUNSEL**

PLEASE TAKE NOTICE that Plaintiff Neural AI, LLC designate Rocco Magni as co-lead counsel. Mr. Magni will serve as co-lead counsel along with previously designated lead counsel Max Tribble.

Dated: June 29, 2026

Respectfully submitted,

/s/  *Max Tribble*
Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

1

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
SUSMAN GODFREY L.L.P.
WA State Bar 60450
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, Texas 76701
Max@CiccarelliLawFirm.com

*Attorneys for Plaintiff Neural AI, LLC*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2026, I caused the foregoing to be served via CM/ECF on all counsel of record.

*/s/ Rocco Magni*
Rocco Magni