**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

NEURAL AI, LLC,

      Plaintiff,

  v.

NVIDIA CORPORATION,

      Defendant.

Civil Action No. 7:24-cv-00221-LS-DTG

# NOTICE OF APPEARANCE

Notice is given that the undersigned attorneys, Mark N. Osborn and Valerie R. Auger, are entering their appearances in the above-captioned action as counsel for Defendant NVIDIA Corporation, and respectfully request service of pleadings and other papers filed in this action, and any orders and notices from the Court.

Dated: July 1, 2026

Respectfully submitted,

KEMP SMITH LLP
221 North Kansas, Suite 1700
El Paso, Texas 79901
(915) 533-4424
(915) 546-5360 (fax)

By:  /s/  Mark N. Osborn
MARK N. OSBORN
mosborn@kempsmith.com
State Bar No. 15326700
VALERIE R. AUGER
State Bar No. 24076251
Valerie.Auger@kempsmith.com

*Attorneys for Defendant NVIDIA Corporation*

1

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system on July 1, 2026, who will in turn provide notification of same to all counsel who are deemed to have consented to electronic service.

/s/ *Mark N. Osborn*
Mark N. Osborn