**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Neural AI, LLC ("Neural AI") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties") respectfully submit this Joint Motion to Amend the Scheduling Order. The Parties have met and conferred and have agreed to modify the Second Amended Scheduling Order (Dkt. 163) to provide additional time for deposition discovery and expert reports. The requested extension is intended to accommodate witness schedules and attorney availability for depositions, and is not sought for purposes of delay. The proposed amendments do not alter the close of written discovery, do not affect the previously set trial date, and would not otherwise prejudice either party.

The Parties' proposed modifications to the case schedule are reflected in the proposed amended scheduling order attached as Exhibit A and reproduced in the table below. The Parties also note that Neural AI previously filed an Unopposed Motion for Status Conference to Set a Trial Date (Dkt. 179), which remains pending. Depending on the trial date ultimately set by the Court and the Court's resolution of this motion, the Parties may seek further adjustments to the case schedule to ensure that the remaining pretrial deadlines are appropriately sequenced in relation to the trial date.

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, August 11, 2026 | Tuesday, August 11, 2026 | Close of Fact Discovery other than depositions |
| Tuesday, August 11, 2026 | Wednesday, September 16, 2026 | Deadline for Depositions. |
| Thursday, August 27, 2026 | Thursday, September 24, 2026 | Opening Expert Reports. |
| Thursday, October 8, 2026 | Thursday, November 5, 2026 | Rebuttal Expert Reports. |
| Tuesday, October 20, 2026 | Tuesday, November 24, 2026 | Close of Expert Discovery. |
| Tuesday, October 27, 2026 | Tuesday, November 24, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday November 3, 2026 | Tuesday December 15, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |
| Tuesday, December 1, 2026 | Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| Tuesday, December 8, 2026 | Tuesday, December 8, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Monday, December 14, 2026 | Monday, December 14, 2026 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, December 15, 2026 | Tuesday, December 15, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, December 22, 2026 | Tuesday, December 22, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Thursday, January 7, 2027 | Thursday, January 7, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Tuesday, January 12, 2027 | Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, January 15, 2027 | Friday, January 15, 2027 | Final Pretrial Conference. |
| Monday, January 25, 2027 | Monday, January 25, 2027 | Jury Selection/Trial. |

Although the parties have agreed on the dates set forth above, Neural AI has proposed that the case be bifurcated or severed into three separate trials organized by accused product groupings to simplify the issues for trial and promote an orderly presentation of the parties' infringement, damages, and invalidity evidence. NVIDIA opposes Neural AI's proposal. Neural AI's agreement to the schedule above is without prejudice to its proposal for separate trials, including its position that the agreed trial date should apply only to the first trial. The number of trials, the scope of each trial, and whether additional trial dates should be set remain open issues.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Rocco Magni*
Max L. Tribble.
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745

*/s/ Brian A. Rosenthal*
Brian A. Rosenthal (*pro hac vice*)
Paul E. Torchia (*pro hac vice*)
Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
SUSMAN GODFREY L.L.P.
WA State Bar 60450
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
msiegmund@cjsjlaw.com

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, TX 76701
Max@CiccarelliLawFirm.com

***Attorneys for Plaintiff, Neural AI, LLC***

(212) 351-4000
brosenthal@gibsondunn.com
ptorchia@gibsondunn.com
aeldessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8541
bburoker@gibsondunn.com

Nathan R. Curtis (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3423
ncurtis@gibsondunn.com

Barry K. Shelton
TX State Bar No. 24055029
Bradley D. Coburn
TX State Bar No. 24036377
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734-4775
(512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Benjamin N. Leuhrs
Joze Welsh (*pro hac vice*)
Jordan Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jowens@desmaraisllp.com

Brooke A. Miller (*pro hac vice*)

DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
(202) 451-4900
bmiller@desmaraisllp.com

***Attorneys for Defendant NVIDIA Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on July 9, 2026.

*/s/ Rocco Magni*___________
Rocco Magni