**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC, | |
| Plaintiff, | Case No. 7:24-cv-00221-LS-DTG |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

**THIRD AMENDED SCHEDULING ORDER**

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, August 11, 2026 | Tuesday, August 11, 2026 | Close of Fact Discovery other than depositions. |
| Tuesday, August 11, 2026 | Wednesday, September 16, 2026 | Deadline for Depositions. |
| Thursday, August 27, 2026 | Thursday, September 24, 2026 | Opening Expert Reports. |
| Thursday, October 8, 2026 | Thursday, November 5, 2026 | Rebuttal Expert Reports. |
| Tuesday, October 20, 2026 | Tuesday, November 24, 2026 | Close of Expert Discovery. |
| Tuesday, October 27, 2026 | Tuesday, November 24, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday November 3, 2026 | Tuesday December 15, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |

1

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, December 1, 2026 | Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| Tuesday, December 8, 2026 | Tuesday, December 8, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Monday, December 14, 2026 | Monday, December 14, 2026 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, December 15, 2026 | Tuesday, December 15, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| Tuesday, December 22, 2026 | Tuesday, December 22, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Thursday, January 7, 2027 | Thursday, January 7, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Tuesday, January 12, 2027 | Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, January 15, 2027 | Friday, January 15, 2027 | Final Pretrial Conference. |
| Monday, January 25, 2027 | Monday, January 25, 2027 | Jury Selection/Trial. |

SIGNED THIS _____ DAY OF _____, 2026.


_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE