IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

NEURAL AI, LLC,

    Plaintiff,

    v.

NVIDIA CORPORATION,

    Defendant.

Case No. 7:24-cv-00221-LS-DTG

**THIRD AMENDED SCHEDULING ORDER**

Pending before the Court is the parties' joint motion to amend scheduling order (Dkt. No. 180).

Having considered the motion, the Court finds the motion should be **GRANTED**.

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following

schedule will govern deadlines up to and including the trial of this matter:

| Amended Date | Event |
|---|---|
| Tuesday, August 11, 2026 | Close of Fact Discovery other than depositions. |
| Wednesday, September 16, 2026 | Deadline for Depositions. |
| Thursday, September 24, 2026 | Opening Expert Reports. |
| Thursday, November 5, 2026 | Rebuttal Expert Reports. |
| Tuesday, November 24, 2026 | Close of Expert Discovery. |
| Tuesday, November 24, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday December 15, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |

1

| Agreed Date | Event |
|---|---|
| Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, wit-ness lists, discovery and deposition designations). |
| Tuesday, December 8, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Monday, December 14, 2026 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, December 15, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| Tuesday, December 22, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Thursday, January 7, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, January 15, 2027 | Final Pretrial Conference. |
| Monday, January 25, 2027 | Jury Selection/Trial. |

**SIGNED** this 20th day of July, 2026.


_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

2