**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

NEURAL AI, LLC

vs.                                           Case No.:  7:24-CV-00221-ADA-DTG

NVIDIA CORPORATION


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Karl W. Kowallis                                   , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  NVIDIA Corporation                          in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
Gibson Dunn & Crutcher, LLP                     with offices at:

Mailing address:  200 Park Avenue

City, State, Zip Code:  New York, NY  10166-0193

Telephone:  212-351-6380                Facsimile:

2.    Since  01/13/2020                        , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  New York              .

Applicant's bar license number is  5748579                                    .

3.    Applicant has been admitted to practice before the following courts:

Court:                                    Admission date:

U.S.D.C. Eastern District of N.Y.         02/02/2023

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: __WDTX-1-24-cv-00261__ on the __8__ day of __March__, __2024__.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: <u>Barry Shelton, Shelton Coburn LLP</u>

Mailing address: <u>311 RR 620 S, Suite 205</u>

City, State, Zip Code: <u>Austin, Texas 78734</u>

Telephone: <u>(512) 263-2165</u>

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of <u>Karl W. Kowallis</u> to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Karl W. Kowallis
_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 3rd day of <u>August</u>, 2026

Karl W. Kowallis
_____
[printed name of Applicant]

_____
[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**MIDLAND-ODESSA DIVISION**

NEURAL AI, LLC

vs.                                                  Case No.:  7:24-CV-00221-ADA-DTG

NVIDIA CORPORATION

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Karl W. Kowallis                        , counsel for

NVIDIA Corporation                          , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Karl W. Kowallis                     may appear on behalf of  NVIDIA Corporation

in the above case.

IT IS FURTHER ORDERED that  Karl W. Kowallis                        , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____

UNITED STATES MAGISTRATE JUDGE