**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

NEURAL AI, LLC


vs.                                          Case No.:  7:24-cv-00221-LS-DTG
NVIDIA CORPORATION


# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Brian Matty_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __NVIDIA Corporation_____ in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

__Desmarais LLP_____ with offices at:

Mailing address:  __230 Park Avenue_____

City, State, Zip Code:  __New York, NY 10169_____

Telephone:  __212-351-3400_____    Facsimile:  __212-351-3401_____

2.    Since  __May 9, 2016_____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of __New York_____.

Applicant's bar license number is __5441571_____.

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| NY Court of Appeals | 05/09/2016 |
| State of Massachusetts | 11/21/2014 |
| | |

4.    Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):
None.

5.    I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: 1:20-cv-00692 ___ on the 26 day of May ___, 2021 .

Number: 6:20-cv-00969 ___ on the 06 day of May ___, 2022 .

Number: ___ on the ___ day of ___, ___ .

6.    Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:
None.

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):
None.

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Barry K. Shelton

Mailing address: 311 RR 620S Suite 205

City, State, Zip Code: Austin, TX 78734

Telephone: (512) 263-2165

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Brian Matty to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brian Matty
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 6th day of August, 2026.

Brian Matty
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

NEURAL AI, LLC

vs.

NVIDIA CORPORATION

Case No.: 7:24-cv-00221-LS-DTG

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Brian Matty, counsel for

NVIDIA Corporation, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Brian Matty may appear on behalf of NVIDIA Corporation

in the above case.

IT IS FURTHER ORDERED that Brian Matty, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of August, 20 26.


_____
UNITED STATES MAGISTRATE JUDGE