AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Neural AI, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:24-cv-221-DTG |
| Nvidia Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nvidia Corporation                                                                                       .

Date:    08/09/2026

/s/ Hyunjong Ryan Jin
*Attorney's signature*

Hyunjong Ryan Jin - New York Bar - 5631619
*Printed name and bar number*

Gibson Dunn & Crutcher LLP
200 Park Ave.
New York, New York 10166
*Address*

RJin@gibsondunn.com
*E-mail address*

(212) 351-5332
*Telephone number*

(212) 716-0823
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

<u>/s/ Hyunjong Ryan Jin</u>
Hyunjong Ryan Jin