# EXHIBIT

# 6

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 7:24-CV-00221-ADA-DTH

Plaintiff:
**Neural AI, LLC**

vs.

Defendant:
**Nvidia Corporation**

For:
Emily Portuguese

Received by Anthony Collins on the 24th day of June, 2026 at 4:46 pm to be served on **Tesla, Inc c/o CT Corporation System, 1999 Bryan St, Ste 900, Dallas, Dallas County, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **25th day of June, 2026** at **2:55 pm, I:**

Executed service by hand delivering a true copy of the **Subpoena** to: **Al Johnson ,** an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.,** who is authorized to accept service of process for **Tesla, Inc** , at the address of: **1999 Bryan St, Ste 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: Black, Height: 5'11, Weight: 220, Hair: Bald, Glasses: Y

"I certify that I am over the age of 18, have no interest in the above action. and authorized to serve process in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit. I declare under the penalty of perjury that the foregoing is true and correct.

ERIC JACOB HARRIS
Notary Public, State of Texas
Comm. Expires 08-12-2029
Notary ID 135527875

Subscribed and Sworn to before me on the 26th day of June, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

**Anthony Collins**
PSC-357 Expires 12/31/2027

**Lexitas**
**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(718) 672-1117**

Our Job Serial Number: ONT-2026006077
Ref: 27254654

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e