# EXHIBIT

# 10

---

| | |
|---|---|
| **Subject:** | Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla |
| **Date:** | Tuesday, August 4, 2026 at 11:28:50 AM Pacific Daylight Time |
| **From:** | Tanner Laiche |
| **To:** | Rocco Magni, Gina Cremona |
| **CC:** | Jun Zheng, Emily Portuguese, Tamar Lusztig, Brian Melton, Max Tribble, Samuel Drezdzon, Richard Wojtczak, Rachel Hanna, Ashraf Fawzy |
| **Attachments:** | Neural AI, Third-Party Questions.docx, Neural AI, Draft Third-Party Declaration.docx |

Counsel,

I am following up on Rocco's email.

Despite the parties' prior meet-and-confers, document discovery in the underlying action closes on August 11. Unless the parties can promptly reach a resolution, that deadline leaves Neural AI no practical alternative but to move to compel by the end of this week or, at the latest, August 10, to preserve its rights.

To reduce burden and potentially avoid motion practice, I am attaching a short set of questions intended to guide your investigation and help identify the responsive information, and also recirculating the draft declaration we previously shared, and that Tesla may revise to ensure its accuracy.

If Tesla commits to provide an executed declaration, Neural AI is willing to consider accepting the declaration in lieu of further document production and/or deposition testimony, subject to resolving any material gaps. Otherwise, the discovery deadline will force Neural AI to move to compel by or before August 10 to preserve its rights. Even if a motion becomes necessary, we remain open to resolving the issues promptly and mooting or withdrawing the motion through compliance.

We are available this week to further meet and confer as necessary.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Sunday, August 2, 2026 at 6:57 PM
**To:** Gina Cremona <gcremona@tesla.com>
**Cc:** Jun Zheng <zhengjun@tesla.com>; Tanner Laiche <TLaiche@susmangodfrey.com>;

Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Ashraf Fawzy <afawzy@tesla.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Gina and Ashraf,

Our discovery deadline is approaching soon. Please let us know when you can confer again this upcoming week. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Tuesday, July 28, 2026 at 6:52 PM
**To:** Gina Cremona <gcremona@tesla.com>
**Cc:** Jun Zheng <zhengjun@tesla.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Ashraf Fawzy <afawzy@tesla.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Gina and Ashraf,

Thanks for speaking today. Attached is a draft of the declaration I referred to on our call.

Best,

Rocco

--
Rocco F. Magni
Partner | Susman Godfrey LLP

Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Gina Cremona <gcremona@tesla.com>
**Date:** Thursday, July 23, 2026 at 9:45 AM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Jun Zheng <zhengjun@tesla.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Ashraf Fawzy <afawzy@tesla.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

EXTERNAL Email

Hi Rocco, we are not available today.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Wednesday, July 22, 2026 12:01 PM
**To:** Gina Cremona <gcremona@tesla.com>
**Cc:** Jun Zheng <zhengjun@tesla.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Ashraf Fawzy <afawzy@tesla.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Would tomorrow work?
--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519

**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in

error, please notify the sender and delete it immediately.

On Jul 22, 2026, at 2:54 PM, Gina Cremona <gcremona@tesla.com> wrote:

EXTERNAL Email

Hi Rocco,

We are not available on Friday, but can meet on Tuesday, July 28 between 8-10 am PT.

Thanks,
Gina

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Wednesday, July 22, 2026 6:54 AM
**To:** Jun Zheng <zhengjun@tesla.com>; Gina Cremona <gcremona@tesla.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Ashraf Fawzy <afawzy@tesla.com>; Jun Zheng <zhengjun@tesla.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Jun,

Please provide times to meet and confer on Friday 7/24. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Jun Zheng <zhengjun@tesla.com>
**Date:** Tuesday, July 21, 2026 at 7:37 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Gina Cremona <gcremona@tesla.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Ashraf Fawzy <afawzy@tesla.com>; Jun Zheng <zhengjun@tesla.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

EXTERNAL Email
Rocco,

We understand from the email exchange below that the noticed date for testimony subpoena is now Sept. 14, 2026. In the meantime, attached please find Tesla's objections and responses to Neural AI's subpoena.

Thanks!

Jun Zheng
Sr. Counsel, IP Litigation
1 Tesla Road, Austin, TX 78725
E: zhengjun@tesla.com

<Outlook-6C509A71.png>

---

**From:** Gina Cremona <gcremona@tesla.com>
**Sent:** Monday, July 20, 2026 1:07 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Ashraf Fawzy <afawzy@tesla.com>; Jun

Zheng <zhengjun@tesla.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Hi Rocco,

Tesla cannot provide an agreed date for deposition until we have reviewed and responded to the subpoenas. However, we can agree to Sept. 14 as the noticed date for testimony subpoena for now, subject to modification once we have responded to the document subpoena.

Regards,
Gina

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Wednesday, July 15, 2026 12:58 PM
**To:** Gina Cremona <gcremona@tesla.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Gina,

We'll agree to pull down the July 28 date once we have an agreed replacement date. Let us know what date works for you and we'll withdraw the current notice.
Thanks.
--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519

**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

On Jul 15, 2026, at 3:54 PM, Gina Cremona <gcremona@tesla.com> wrote:

EXTERNAL Email

Hi Rocco,

Understood. To confirm, the deposition date of July 28 is off calendar, and we will work on agreeing to a new date.

Regards,
Gina

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Tuesday, July 14, 2026 5:28 PM
**To:** Gina Cremona <gcremona@tesla.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Ms. Cremona,

Discovery has not been extended; only depositions. Written discovery will still close on August 11.

We can work with you on a deposition date between now and September 14. But we do not have flexibility on the timing of your RFP responses and document production beyond the 1 week extension we noted below.

Best,

Rocco

--

Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Gina Cremona <gcremona@tesla.com>
**Date:** Tuesday, July 14, 2026 at 8:19 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

EXTERNAL Email
Counsel,

It has come to our attention that the discovery deadline in this case has been extended. Due to summer vacations and people being out of the office, we renew our request for an additional 2-week extension such that our deadlines will be Aug. 4 and Aug. 11.

Regards,
Gina

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Monday, July 6, 2026 5:20 PM
**To:** Gina Cremona <gcremona@tesla.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>

**Subject:** Re: Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

Counsel,

Thanks for reaching out. Given the upcoming close of fact discovery, Neural AI is not able to agree to a three-week extension. That said, we can agree to a one-week extension for Tesla's written objections/responses to the subpoena(s). A copy of the Protective Order is attached.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 l tlaiche@susmangodfrey.com
401 Union Street l Suite 3000 l Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Gina Cremona <gcremona@tesla.com>
**Date:** Thursday, July 2, 2026 at 7:21 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Subject:** Neural AI, LLC v. Nvidia Corp., 7:24-cv-00221 (W.D. Tex.) - Subpoena to Tesla

EXTERNAL Email
Counsel,

We are in receipt of your Subpoena to Produce Documents and Subpoena for Testimony. Due to the holiday weekend and vacation schedules, we request a three-week extension to respond such that our deadlines will be Aug. 4 and Aug. 11.

Additionally, please provide us with a copy of the protective order.

Regards,
Gina

**Gina H. Cremona**
Senior Counsel, IP Litigation
1501 Page Mill Rd., Palo Alto, CA 94304
E. gcremona@tesla.com T. 650.647.0015

<image.png>