# EXHIBIT

# 18

BUSINESS

# Tesla now employs 20,000 in Austin, could triple that as it ramps up Cybertruck production

By **Eric Killelea**, *Staff writer*
Updated Sep 25, 2023 3:54 p.m.



Employees at Tesla's factory in Austin pose in mid-July with a Cybertruck the company said was the first to be built at its Gigafactory Texas in Austin. A company official says the plant now employs about 20,000 people — and that number is expected to triple.
Tesla/Courtesy

Listen Now:
Tesla now employs 20,000 in Austin, could triple that as it ramps up Cybertruck production
About 5 Minutes
1x
Everlit

Tesla Inc. now employs 20,000 people at its plant near Austin and has the potential to triple that as it's quickly become one of the largest employers in Central Texas, the Austin Regional Manufacturers Association said.

Want more Express-News?
Add Preferred Source

MORE NEWS

San Antonio do
loses 4 properti
foreclosure wit
totaling $26M



The electric vehicle maker has added more than 7,700 employees since the start of the year, when it had just shy of 12,300, according to the Texas-based company's annual compliance report to Travis County economic development officials. Tesla's growth in Texas has been rapid; it reported about 3,500 employees there in 2021, the year it began production.

International homebuyers are flocking to Texas. Where are they moving from?



Home buyers need less income to buy starter homes, according to Redfin report



Governor's aim to break up CPS rattles S.A. business community



Alamo Heights neighbors push back on planned 5-story apartment complex



ADVERTISEMENT
Article continues below this ad

Current employment was disclosed last week by the plant's director of manufacturing during a meeting of the manufacturers association.

With this year's new hires, Elon Musk-led Tesla is now Austin's second-largest private employer, just behind San Antonio's H-E-B, which earlier this year reported 22,955 employees in Austin, according to the Austin Business Journal. Dell Technologies employed 13,000 workers in the metro last year, according to filings with the U.S. Securities and Exchange Commission.

**RELATED:** Heading toward Cybertruck, Tesla triples employment and builds 4,000

San Antonio Express-News SALE: ONLY 25¢ Sign in

Want more Express-News?
Make us a Preferred Source on Google to see more of us when you search.
Add Preferred Source

Tesla now is stepping up its hiring efforts to push employment to 60,000 at its sprawling Austin plant as it continues producing its Model Y mid-sized SUV and ramps up production of its long-delayed Cybertruck.

ADVERTISEMENT
Article continues below this ad

The disclosure reportedly was made by Jason Shawhan, Tesla's director of manufacturing, when he spoke at the manufacturers association's 2023 State of Manufacturing Conference and Expo last week.

Neither Tesla nor the Austin Regional Manufacturers Association responded to requests for comment Monday.

## 845 openings

As of Monday morning, Tesla had about 845 job openings listed in Texas on its website. Most of those were based in Austin.




ADVERTISEMENT

Article continues below this ad

Among them are Austin metro area-based positions for manufacturing engineers, construction managers, supply chain parts advisors, environmental specialists, project designers for the company's solar and EV charging stations, attorneys — even an athletic trainer to focus on "setting the right conditions of work — from manufacturing and maintenance to sales and service."

**RELATED:** Tesla continues growth, will lease 1 million square feet in Hays County industrial park

Tesla relocated to Texas from California in 2021 and began limited production of the Model Y at its sprawling factory later that year. By the end of 2022, the company said it had invested $5.81 billion into the sprawling facility.

Development has continued in 2023. In January, Tesla said it was planning to spend $775 million on five construction projects covering 1.5 million square feet of its land off Texas 45 and U.S. 130 near Austin-Bergstrom International Airport. It also plans to open a new cathode production facility at the site this year. Cathodes are a key component for the batteries that power its electric vehicles.

ADVERTISEMENT
Article continues below this ad

Musk also told investors the company had installed Cybertruck production equipment at the Texas plant in anticipation of kicking off production this summer and ramping up manufacturing efforts by 2024.

As Tesla moves toward production of the long-delayed pickup, the company on Monday had 65 Austin job openings specifically related to manufacture of the stainless-steel electric truck.

## Elsewhere in Texas

The company also is building a $375 million lithium refinery in Robstown, near Corpus Christi. Musk has said it would begin producing enough of the material for batteries in about 1 million EVs a year by 2025.

ADVERTISEMENT
Article continues below this ad



As of Monday, Tesla had 39 job openings in Robstown.

**RELATED:** Greg Abbott and Elon Musk celebrate construction of Tesla's lithium refinery in South Texas

Tesla's hiring push comes as tech giants with offices in the Austin area have been laying off workers. Google, Microsoft, Amazon, Facebook parent Meta and Dell all have announced cuts. It also reflects Musk's expanding business footprint across the state.

Hawthorne, Calif.-based SpaceX, where Musk is CEO, had about 1,700 employees at its Starbase facility in Boca Chica in April, according to former Brownsville Mayor Juan "Trey" Mendez III.

ADVERTISEMENT
Article continues below this ad

As of Monday, SpaceX was advertising 103 openings for its Starship program in Boca Chica and eight at its rocket testing site in McGregor, near Waco.

Other Musk-owned businesses with Texas operations — tunneling firm The Boring Co. and brain implant company Neuralink — also were advertising dozens of job openings Monday.

Sep 25, 2023 | Updated Sep 25, 2023 3:54 p.m.

**Eric Killelea**

## Around the Web

Powered by REVCONTENT

**After 60, Leg Strength Comes From One Simple Daily Move**
By ApexLabs

**The Lawn Problem Most Homeowners Notice but Can't Fix**
By Glosrity

**Neurologists Beg Seniors With Neuropathy: Stop Doing This Now**
By Health Weekly

**Surgeons: This Simple Trick Will End Knee Pain & Arthritis Quickly (Try It)**
By Health Weekly

**Honey: The Greatest Enemy of Memory Loss (See How to Use It)**
By Health Weekly

**Women Are Obsessed With These Beautiful Floral Caps**
By Peoasis

**A 78-Year-Old Master Craftsman Made This Hummingbird House. Then This Happened**
By Ribili

**Sciatica is Not From a Slipped Disc. Meet The Real Enemy of Sciatica (Stop This)**
By SmoothSpine

**1 Simple Tip to Cut Your Electric Bill (Try Tonight)**
By MadeInGenius



**Doctor Begs Seniors: Do This to Stop Losing Muscle**
By ApexLabs

**Neuropathy is Not From Low Vitamin B (Meet The Real Enemy)**
By Health Weekly

**Endocrinologist: If You Have Diabetes, Read This Before It's Removed!**
By Health Weekly

## MOST POPULAR



NEWS

### Bankruptcy court records offer first look at Camp Mystic's finances

The Texas Hill Country retreat's gross revenue dropped from $11 million in 2024 to $5.7 million in 2025, the year that a flash flood killed 27 guests and the camp's owner.

SAN ANTONIO REAL ESTATE

### Alamo Heights neighbors push back on planned 5-story apartment complex

Homeowners near the site of the proposed development want the city to enforce its heights restrictions; the developer says the project isn't feasible without keeping all five floors.



FORECASTS

### When is South Texas' next rain chance? Here's the latest update

BUSINESS

**International homebuyers are flocking to Texas. Where are they moving from?**



NEWS

**'Your body belongs to me': Feds release incarcerated pastor's explicit texts**

NEWS

**Annalise Camp, 2-year-old at center of Texas brain-death battle, dies**



BUSINESS

**Governor's aim to break up CPS rattles S.A. business community**



HEARST newspapers © 2026 Hearst Newspapers, LLC Terms of Use Privacy Notice DAA Industry Opt Out Your Privacy Choices (Opt Out of Sale/Targeted Ads)

