# EXHIBIT

# 20

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC<br>Plaintiff,<br>v.<br>NVIDIA CORPORATION<br>Defendant. | Case No. 7:24-cv-00221-ADA-DTG<br>**JURY TRIAL DEMANDED** |

I, Alon Daks, hereby declare as follows:

1. I am a Senior Staff Software Engineer at Tesla Inc. ("Tesla"). I am over the age of eighteen and competent to make this declaration. I make this declaration based on my personal knowledge, including my general familiarity with Tesla's technical infrastructure, software deployments, use of NVIDIA products, as well as the on the basis of a reasonably diligent investigation.

2. I understand that this declaration is submitted in connection with a subpoena Neural AI served on Tesla on June 25, 2026 in the above-captioned action (the "Subpoena").

3. In the ordinary course of business, Tesla deploys the following NVIDIA GPUs in the United States: A100, H100, H200, GB300, V100, and A16.

4. In the ordinary course of business, Tesla uses the following software and/or libraries identified in the Subpoena (specifically, Request No. 2 for Production of Documents): cuBLAS, cuDNN, cuFFT, cuSOLVER, Isaac Lab, PyTorch, and Triton. I understand that cuBLAS, cuDNN, cuFFT, cuSOLVER, and Isaac Lab are provided by NVIDIA, but PyTorch is managed by the Linux Foundation and Triton is managed by https://triton-lang.org.

5. In the ordinary course of business, Tesla uses at least cuBLAS, cuDNN, cuFFT, cuSOLVER, and Triton as provided. I understand that Isaac Lab, PyTorch, and Triton are open source software and/or libraries, but cuBLAS, cuDNN, cuFFT, and cuSOLVER are not open source.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2026.

Alon Daks
Alon Daks (Aug 10, 2026 18:35:30 PDT)

Alon Daks