**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG |

**NEURAL AI, LLC'S MOTION TO REMOVE DOCUMENT FILED IN ERROR**

Plaintiff Neural AI, LLC ("Neural AI") respectfully moves the Court to remove Docket Entry 187, titled Motion to Compel Compliance with Subpoena Served on Third-Party Tesla, Inc., from the docket because it was filed in this action in error.

Docket Entry 187 concerns a subpoena served on non-party Tesla, Inc. and was intended to be filed as part of a separate miscellaneous action in the appropriate court under Federal Rule of Civil Procedure 45. Through an administrative filing error, the motion was instead filed on the docket in this underlying action. Neural AI therefore respectfully requests that the Court strike or otherwise remove Docket Entry 187 from the docket. Neural AI does not seek any substantive relief concerning the motion through this filing.

Dated: August 19, 2026

Respectfully submitted,

*/s/ Rocco Magni*
Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745

Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
WA State Bar 60450
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHNSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
msiegmund@cjsjlaw.com

*Attorneys for Plaintiff Neural AI, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2026, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

*/s/ Rocco Magni*
Rocco Magni