**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI, LLC,** | |
| **Plaintiff,** | **Civil Action No. 7:24-cv-00221-ADA-DTG** |
| **v.** | **JURY TRIAL DEMANDED** |
| **NVIDIA CORPORATION,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE FOR CHANLER LANGHAM**

Notice is hereby given that attorney Chanler Langham of Susman Godfrey L.L.P., 1000 Louisiana, Suite 5100, Houston, Texas 77002, appears as counsel of record for Plaintiff, Neural AI, LLC, in the above-referenced cause for purposes of receiving notices and orders from the Court.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Chanler Langham*

Max L. Tribble.
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Chanler A. Langhan
Texas Bar No. 24053314
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
clangham@susmangodfrey.com

Attorneys for Plaintiff, Neural AI, LLC

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Chanler Langham*
Chanler Langham