**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL**

This Motion amends and supersedes the Motion for Extension of Time to Respond to Motion to Compel filed earlier today (Dkt. 195) due to the rescheduled deposition of Plaintiff witness Max Versace on September 16 that affects Defendant's Response to the Motion to Compel.

On September 4, 2026, Plaintiff Neural AI, LLC ("Plaintiff") filed a Motion to Compel the Deposition of Jensen Huang. Defendant NVIDIA Corporation ("Defendant") files this unopposed motion for an extension of time to file its response to the Motion to Compel up to and including September 18, 2026.

Counsel for Defendant has conferred with counsel for Plaintiff prior to filing this motion, and Plaintiff does not oppose this extension. This motion is not made for delay, but only to permit orderly resolution of issues in the case. Defendant therefore respectfully requests that the Court enter an order extending the deadline for Defendant to respond to Plaintiff's Motion to Compel up to and including September 18, 2026.

Dated: September 9, 2026

Respectfully submitted,

/s/ *Brian A. Rosenthal*
Brian A. Rosenthal
Paul E. Torchia
Vivian Lu (*pro hac vice*)
Gillian F. Moore (*pro hac vice*)
Karl W. Kowallis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com
ptorchia@gibsondunn.com
vlu@gibsondunn.com
gmoore@gibsondunn.com
kkowallis@gibsondunn.com

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8541
bburoker@gibsondunn.com

Casey J. McCracken (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
(949) 451-3932
cmccracken@gibsondunn.com

Nathan R. Curtis (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3423
ncurtis@gibsondunn.com

Lillian J. Mao (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
(650) 849-5307
lmao@gibsondunn.com

Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Benjamin N. Luehrs
Brian Matty (*pro hac vice*)
Joze Welsh (*pro hac vice*)
Jordan Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
bluehrs@desmaraisllp.com
bmatty@desmaraisllp.com
jwelsh@desmaraisllp.com
jowens@desmaraisllp.com

Brooke A. Miller (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
(202) 451-4900
bmiller@desmaraisllp.com

Barry K. Shelton
Texas Bar No. 24055029
Bradley D. Coburn
TX State Bar No. 24036377
SHELTON COBURN LLP
311 Ranch Road 620 S, Suite 205
Austin, TX 78734-4775
Telephone: (512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

*Attorneys for Defendant NVIDIA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on September 9, 2026.

*/s/ Barry K. Shelton*
Barry K. Shelton