**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

NEURAL AI, LLC,

Plaintiff,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 7:24-cv-00221-LS-DTG

**JURY TRIAL DEMANDED**

**ORDER GRANTING DEFENDANT'S AMENDED UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

The Court, having considered the Amended Unopposed Motion of Defendant NVIDIA Corporation for Extension of Time to Respond to Plaintiff's Motion to Compel filed September 4, 2026, hereby ORDERS that the motion is GRANTED.

Defendant's deadline to respond to Plaintiff's Motion to Compel is extended up to and including September 18, 2026.

SIGNED this _________ day of _________________ 2026.

_______________________________
HONORABLE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE