**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br>Plaintiff,<br>v.<br>NVIDIA CORPORATION,<br>Defendant. | Case No. 7:24-cv-00221-ADA-DTG<br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR WITHDRAWAL OF AHMED ELDESSOUKI AS COUNSEL FOR DEFENDANT NVIDIA CORPORATION**

On behalf of Defendant NVIDIA Corporation ("Defendant"), the undersigned requests the withdrawal of Ahmed ElDessouki as attorney of record for Defendant. Mr. ElDessouki is no longer with Gibson Dunn & Crutcher LLP. Defendant will continue to be represented by Brian Rosenthal, Paul Torchia, Vivian Lu, Gillian Moore, Karl Kowallis, Brian Buroker, Casey McCracken, Nathan Curtis, and Lillian Mao with the firm of Gibson Dunn & Crutcher LLP; Tamir Packin, Steven Balcof, Benjamin Luehrs, Brian Matty, Joze Welsh, Jordan Owens, and Brooke Miller with the firm of Desmarais LLP; and Barry Shelton and Bradley Coburn with the firm of Shelton Coburn LLP. There will be no disruption in representation of Defendant. Plaintiff is not opposed to the motion.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Brian A. Rosenthal*

Brian A. Rosenthal
Paul E. Torchia
Vivian Lu (*pro hac vice*)
Gillian F. Moore (*pro hac vice*)
Karl W. Kowallis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com
ptorchia@gibsondunn.com
vlu@gibsondunn.com
gmoore@gibsondunn.com
kkowallis@gibsondunn.com

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8541
bburoker@gibsondunn.com

Casey J. McCracken (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
(949) 451-3932
cmccracken@gibsondunn.com

Nathan R. Curtis (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3423
ncurtis@gibsondunn.com

Lillian J. Mao (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
(650) 849-5307
lmao@gibsondunn.com

Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Benjamin N. Luehrs
Brian Matty (*pro hac vice*)
Joze Welsh (*pro hac vice*)
Jordan Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
bluehrs@desmaraisllp.com
bmatty@desmaraisllp.com
jwelsh@desmaraisllp.com
jowens@desmaraisllp.com

Brooke A. Miller (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
(202) 451-4900
bmiller@desmaraisllp.com

Barry K. Shelton
TX State Bar No. 24055029
Bradley D. Coburn
TX State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734-4775
(512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

*Attorneys for Defendant NVIDIA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on September 9, 2026.

/s/ *Barry K. Shelton*
Barry K. Shelton