**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF AHMED ELDESSOUKI AS COUNSEL FOR DEFENDANT NVIDIA CORPORATION**

Having considered the Unopposed Motion for Withdrawal of Ahmed ElDessouki as counsel for Defendant NVIDIA Corporation, IT IS HEREBY ORDERED that said Motion is GRANTED.

Ahmed ElDessouki is thus hereby withdrawn as counsel of record in this case, and the Clerk is directed to terminate ECF notices to Ahmed ElDessouki.

SIGNED this _____ day of ______, 2026

______________________________
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE