# EXHIBIT B

**Sunday, September 13, 2026 at 10:57:52 AM Central Daylight Time**

**Subject:** NAI v. NVIDIA - Deposition of Cognex
**Date:** Friday, September 11, 2026 at 11:21:16 PM Central Daylight Time
**From:** Benjamin Luehrs
**To:** Emily Portuguese, Tanner Laiche, Brian Rosenthal, *** GDC-NeuralAI, Nvidia NAI Service, Max Tribble, Tamar Lusztig, Samuel Drezdzon, Brian Melton, Richard Wojtczak, Santos Garza, Rachel Hanna, Jacob Hoover, Rocco Magni, Mark Siegmund, Max Ciccarelli, Rachel Solis

EXTERNAL Email

Counsel,

A remote deposition of Cognex is confirmed to begin the afternoon of September 16 at 3pm ET. We will send additional details in advance of the deposition. Thank you,

**Ben Luehrs** | Partner | DESMARAIS LLP
230 Park Avenue | New York, NY 10169
T: (212) 808-2952| M: (203) 962-6557
E: bluehrs@desmaraisllp.com

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.