**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | **CASE NO. 7:24-CV-00221-LS-DTG** |
| **NVIDIA CORPORATION,** | § | |
| ***Defendant.*** | § | |

**ORDER STAYING DEPOSITION AND SETTING HEARING**

Before the Court is the plaintiff, Neural AI, LLC's Motion for Protective Order Regarding Deposition of Non-Party Cognex, Corp. Dkt. No. 200. Having considered the Motion, a hearing is required.

Therefore, the Court **ORDERS** as follows:

The deposition of Cognex, Corp. by NVIDIA Corporation is **STAYED**.

Defendant, NVIDIA Corporation is **ORDERED** to respond to the plaintiff's Motion for Protective Order Regarding Deposition of Non-Party Cognex, Corp. (Dkt. No. 200) on or before September 18, 2026.

Plaintiff, Neural AI, LLC, is **ORDERED** to reply to the defendant's response on or before September 21, 2026.

**IT IS FURTHER ORDERED** that the above and entitled case is set for an in-person hearing on Thursday, September 24, 2026, at 2:00 PM CST (1 hour block). The hearing will be held in person at the U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco Texas.

**SIGNED** this 15th day of September, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE