**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Neural AI, LLC ("Neural AI") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), and respectfully submit this Joint Motion to Amend the Scheduling Order. The Parties have met and conferred and have agreed to modify the Third Amended Scheduling Order (Dkt. 181) to provide additional time for expert reports. The proposed amendment moves only two deadlines. All other deadlines and the trial date remain unchanged. The requested amendment is not sought for purposes of delay.

The Parties' proposed modifications to the case schedule are reflected in the proposed amended scheduling order attached as Exhibit A and further reproduced in the table below:

| Current Date | Agreed Date | Event |
|---|---|---|
| Thursday, September 24, 2026 | Tuesday, September 29, 2026 | Opening Expert Reports. |
| Thursday, November 5, 2026 | Tuesday, November 10, 2026 | Rebuttal Expert Reports. |
| Tuesday, November 24, 2026 | Tuesday, November 24, 2026 | Close of Expert Discovery. |

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, November 24, 2026 | Tuesday, November 24, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday December 15, 2026 | Tuesday December 15, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |
| Tuesday, December 1, 2026 | Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| Tuesday, December 8, 2026 | Tuesday, December 8, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Monday, December 14, 2026 | Monday, December 14, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| Tuesday, December 15, 2026 | Tuesday, December 15, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Tuesday, December 22, 2026 | Tuesday, December 22, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Thursday, January 7, 2027 | Thursday, January 7, 2027 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, January 12, 2027 | Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, January 15, 2027 | Friday, January 15, 2027 | Final Pretrial Conference. |

| Current Date | Agreed Date | Event |
| --- | --- | --- |
| Monday, January 25, 2027 | Monday, January 25, 2027 | Jury Selection/Trial. |

Dated: September 22, 2026

Respectfully submitted,

*/s/ Rocco Magni*
Max L. Tribble.
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
SUSMAN GODFREY L.L.P.
WA State Bar 5125174
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHSON SIEGMUND
JAMES PC
Bridgeview Center

*/s/ Brian A. Rosenthal*
Brian A. Rosenthal (*pro hac vice*)
Paul E. Torchia (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com
ptorchia@gibsondunn.com
aeldessouki@gibsondunn.com

Brian M. Buroker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8541
bburoker@gibsondunn.com

Nathan R. Curtis (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3423
ncurtis@gibsondunn.com

Barry K. Shelton
TX State Bar No. 24055029
Bradley D. Coburn
TX State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734-4775
(512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)

7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
msiegmund@cjsjlaw.com

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, TX 76701
Max@CiccarelliLawFirm.com

***Attorneys for Plaintiff, Neural AI, LLC***

Benjamin N. Leuhrs
Joze Welsh (*pro hac vice*)
Jordan Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jowens@desmaraisllp.com

Brooke A. Miller (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
(202) 451-4900
bmiller@desmaraisllp.com

***Attorneys for Defendant NVIDIA Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on September 22, 2026

*/s/ Rocco Magni*________________
Rocco Magni