**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

NEURAL AI, LLC,

Plaintiff,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 7:24-cv-00221-LS-DTG

# FOURTH AMENDED SCHEDULING ORDER

| Current Date | Agreed Date | Event |
| --- | --- | --- |
| Thursday, September 24, 2026 | Tuesday, September 29, 2026 | Opening Expert Reports. |
| Thursday, November 5, 2026 | Tuesday, November 10, 2026 | Rebuttal Expert Reports. |
| Tuesday, November 24, 2026 | Tuesday, November 24, 2026 | Close of Expert Discovery. |
| Tuesday, November 24, 2026 | Tuesday, November 24, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday December 15, 2026 | Tuesday December 15, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |
| Tuesday, December 1, 2026 | Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, December 8, 2026 | Tuesday, December 8, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Monday, December 14, 2026 | Monday, December 14, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| Tuesday, December 15, 2026 | Tuesday, December 15, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Tuesday, December 22, 2026 | Tuesday, December 22, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Thursday, January 7, 2027 | Thursday, January 7, 2027 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, January 12, 2027 | Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, January 15, 2027 | Friday, January 15, 2027 | Final Pretrial Conference. |
| Monday, January 25, 2027 | Monday, January 25, 2027 | Jury Selection/Trial. |
| Friday, January 15, 2027 | Friday, January 15, 2027 | Final Pretrial Conference. |
| Monday, January 25, 2027 | Monday, January 25, 2027 | Jury Selection/Trial. |

SIGNED THIS _____ DAY OF ____________________, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE