**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | **CASE NO. 7:24-CV-00221-LS-DTG** |
| **NVIDIA CORPORATION,** | § | |
| ***Defendant.*** | § | |

**ORDER REGARDING SEPTEMBER 14, 2026**
**DELL DEPOSITION DISCOVERY DISPUTE**

On September 14, 2026, the plaintiff and third-party, Dell, Inc., submitted a discovery dispute chart concerning a deposition subpoena. Neither party requested a hearing, and after considering the arguments stated in the dispute chart, the Court finds a hearing unnecessary and **GRANTS** the plaintiff's requested relief.

Third-Party Dell, Inc. is **ORDERED** to designate and present a witness testify about information known or reasonably available to the organization on the following topics:

1. Are the NVIDIA GPUs installed in systems with separate CPU main memory and GPU memory? Are the CPU and GPU in these systems connected and able to communicate data via a bus(es)?

2. Based on the way Dell configures the Nvidia GPUs, is the input data received and processed by the CPU and stored in CPU main memory before being transferred to the GPU for computation?

3. Can you confirm that Dell does not implement custom code or configurations that alter the default data flow path provided by the NVIDIA Software with respect to how input data is received by the CPU, stored in main memory, and transferred to the GPU for computation?

4. The identification of instances in which Dell installed Nvidia software/pytorch/tensor RT for customers (including which customers).

**AND** third-party Dell, Inc., is further **ORDERED** to make such witness available for deposition within ten (10) days of this Order or such other date as mutually agreed to by the parties.

**SIGNED** this 23rd day of September, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE