**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NVIDIA CORPORATION,**<br><br>**Defendant.** | **Civil Action No. 7:24-cv-00221-ADA-DTG**<br><br>**JURY TRIAL DEMANDED** |

Declaration of Tanner Laiche

My name is Tanner Laiche. I am over the age of twenty-one (21) years, am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

I am an attorney in the law firm of Susman Godfrey L.L.P. I am licensed to practice law in the state of Washington and before this Court. I am counsel of record for Plaintiff Neural AI, LLC in the above-referenced litigation.

Attached as Exhibits 1-11 to this declaration are true and correct copies of the following:

X-1 Email serving Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, dated January 14, 2025

X-2 Email serving Plaintiff's Amended Final Infringement Contentions, dated January 20, 2026.

X-3 NVIDIA Document Production Log demonstrating bates numbers for multiple productions made by NVIDIA from January 29, 2026 to September 14, 2026, covering productions for NVIDIA-NAI-1372126 to NVIDIA-NAI-2260937.

X-4 Letter from NVIDIA providing notice of upload to source code review computer for TensorRT, dated February 6, 2026.

X-5 Letter from NVIDIA providing notice of upload to source code review computer for Clara Train, dated February 17, 2026.

X-6 Letter from NVIDIA providing notice of upload to source code review computer for Riva, dated June 8, 2026.

X-7 Letter from NVIDIA providing notice of upload to source code review computer for various versions of cuDNN, cuQuantum, NDAS, DeepStream SDK, GPU driver, CUDA toolkit, and TensorRT, dated June 12, 2026.

X-8 Letter from Plaintiff re Missing Source Code, dated November 26, 2025.

X-9 Letter from NVIDIA providing notice of upload to source code review computer for the CUDA Toolkit, dated December 5, 2026.

X-10 Letter from NVIDIA providing notice of upload to source code review computer for Clara Parabricks, dated December 19, 2026.

X-11 Letter from NVIDIA providing notice of upload to source code review computer for DRIVE, dated January 16, 2026.

X-12 Email correspondence re Missing Source Code, dated April 29, 2026 to June 1, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 25, 2026, in Houston, Texas.

*/s/ Tanner Laiche*
Tanner Laiche