# EXHIBIT 1

**From:** Jennifer Inghram
**To:** aeldessouki@gibsondunn.com; jschung@gibsondunn.com; KKieckhefer@gibsondunn.com; lmao@gibsondunn.com; bshelton@sheltoncoburn.com; Rosenthal, Brian A.
**Cc:** Chris Campbell; Brit Davis; Brian Eutermoser; John Roehrick; Rahul Sarkar; Magdalena Mogilany; Mark Siegmund; William Ellerman
**Subject:** Neural AI, LLC v. NVIDIA Corporation; Case No. 7:24-cv-00221-DC-JTG
**Date:** Tuesday, January 14, 2025 8:00:35 PM
**Attachments:** image001.png
image002.png
2025-01-14 Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to the Court's Standing Order Governing Patent Proceedings.pdf

---

Counsel,

Attached for service are Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to the Court's Standing Order Governing Patent Proceedings. The charts accompanying this production are being served via Sharepoint and you will receive a direct link to this site. 2025-01-14 Preliminary Infringement Contentions

The document production accompanying this service can be accessed via the link Neural AI Productions. The passwords for these productions will follow under separate email.

**Jennifer Inghram**
*Intellectual Property Litigation Specialist*

T: +1 720 535 2314 | jinghram@kslaw.com

King & Spalding LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202

K&S King & Spalding

kslaw.com