# EXHIBIT 2

**Rachel Hanna**

| | |
|---|---|
| **From:** | Tanner Laiche |
| **Sent:** | Tuesday, January 20, 2026 11:33 PM |
| **To:** | ElDessouki, Ahmed; McCracken, Casey J.; Kieckhefer, L. Kieran; Rosenthal, Brian; Mao, Lillian; Barry K. Shelton ; *** GDC-NeuralAI; Chung, Jaysen S.; Lu, Vivian; Nvidia NAI Service |
| **Cc:** | Emily Portuguese; Richard Wojtczak; Samuel Drezdzon; Rocco Magni; Tamar Lusztig; Brian Melton; Rachel Solis; Max Tribble; Max Ciccarelli; Mark Siegmund; Rachel Hanna |
| **Subject:** | Neural AI v. NVIDIA, Neural AI's Second Set of Final Infringement Contentions (January 13, 2026) |
| **Attachments:** | 2026.01.20 Neural AI v. NVIDIA, Neural AI Final Infringement Contentions.pdf |

Counsel,

Attached is Neural AI's Amended Final Infringement Contentions cover page. The corresponding hardware and software claim charts due January 20, 2026 pursuant to the Court's December 2, 2025 Order (Dkt. 132) are available at the Dropbox link below. The password will be provided under separate cover.

https://www.dropbox.com/scl/fo/yu1wn4jm6m4op2z6tzt0c/AMIQ-zEFwuvh1j6jdzZaxp8?rlkey=vsoqhcsu3l2d8bfuqma591v7h&st=ulyka8xu&dl=0

Consistent with the Court's December 2 Order, Neural AI will continue to supplement or amend its claim charts for specific software within 30 days following NVIDIA's complete production of the relevant source code.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

*This e-mail may contain privileged and confidential information. If you received this message in error, please notify me and delete it immediately.*