# EXHIBIT 3

NVIDIA Document Production Log

| Production Date | Bates Number Range |
|---|---|
| 01/29/26 | NVIDIA-NAI-1372126 - NVIDIA-NAI-1376764 |
| 01/29/26 | NVIDIA-NAI-1376765 - NVIDIA-NAI-1376765 |
| 01/29/26 | NVIDIA-NAI-1376766 - NVIDIA-NAI-1376788 |
| 02/05/26 | NVIDIA-NAI-1376789 - NVIDIA-NAI-1394069 |
| 02/23/26 | NVIDIA-NAI-1507088 - NVIDIA-NAI-1507707 |
| 03/25/26 | NVIDIA-NAI-1507708 -NVIDIA-NAI-1522120 |
| 03/26/26 | NVIDIA-NAI-1522121 - NVIDIA-NAI-1527067 |
| 03/30/26 | NVIDIA-NAI-1527068 - NVIDIA-NAI-1531085 |
| 03/31/26 | NVIDIA-NAI-1531086 - NVIDIA-NAI-1531825 |
| 04/01/26 | NVIDIA-NAI-1531826 - NVIDIA-NAI-1532467 |
| 04/07/26 | NVIDIA-NAI-1532468 - NVIDIA-NAI-1556220 |
| 04/08/36 | NVIDIA-NAI-1556221 - NVIDIA-NAI-1556365 |
| 04/14/26 | NVIDIA-NAI-1556366 - NVIDIA-NAI-1556426 |
| 04/20/26 | NVIDIA-NAI-1556427 - NVIDIA-NAI-1563594 |
| 04/24/26 | NVIDIA-NAI-1563595 - NVIDIA-NAI-1574095 |
| 04/30/26 | NVIDIA-NAI-1574096 - NVIDIA-NAI-1578350 |
| 05/07/26 | NVIDIA-NAI-1578351- NVIDIA-NAI-1578353 |
| 05/08/26 | NVIDIA-NAI-1578354 - NVIDIA-NAI-1578586 |
| 05/18/26 | NVIDIA-NAI-1578587 - NVIDIA-NAI-1619933 |
| 05/22/26 | NVIDIA-NAI-1619934 - NVIDIA-NAI-1620120 |
| 05/22/26 | NVIDIA-NAI-1620121 - NVIDIA-NAI-1633604 |
| 06/02/26 | NVIDIA-NAI-1633605 - NVIDIA-NAI-1633719 |
| 06/04/26 | NVIDIA-NAI-1633720 - NVIDIA-NAI-1633721 |
| 06/08/26 | NVIDIA-NAI-1633722 - NVIDIA-NAI-1906138 |
| 06/09/26 | NVIDIA-NAI-1906139 - NVIDIA-NAI-1966510 |
| 06/18/26 | NVIDIA-NAI-1966511 - NVIDIA-NAI-2018820 |
| 06/25/26 | NVIDIA-NAI-2018821 - NVIDIA-NAI-2019095 |
| 06/26/26 | NVIDIA-NAI-2019096 - NVIDIA-NAI-2026995 |
| 07/06/26 | NVIDIA-NAI-2026996 - NVIDIA-NAI-2092679 |
| 07/07/26 | NVIDIA-NAI-2092680 - NVIDIA-NAI-2093023 |
| 07/22/26 | NVIDIA-NAI-2093024 - NVIDIA-NAI-2097880 |
| 07/22/26 | NVIDIA-NAI-2097881 - NVIDIA-NAI-2098062 |
| 07/24/26 | NVIDIA-NAI-2098063 - NVIDIA-NAI-2098469 |
| 07/24/26 | NVIDIA-NAI-2098470 - NVIDIA-NAI-2098692 |
| 07/27/27 | NVIDIA-NAI-2098693 - NVIDIA-NAI-2099226 |
| 07/27/26 | NVIDIA-NAI-SC-000001038 - NVIDIA-NAI-SC-000001071 |
| 07/27/26 | NVIDIA-NAI-2099227 - NVIDIA-NAI-2119399 |
| 07/28/26 | NVIDIA-NAI-2119400 - NVIDIA-NAI-2119471 |
| 07/30/26 | NVIDIA-NAI-2119472 - NVIDIA-NAI-2123111 |
| 08/03/26 | NVIDIA-NAI-2123112 - NVIDIA-NAI-2144388 |
| 8/6/2026 | NVIDIA-NAI-2144389 - NVIDIA-NAI-2213059 |
| 08/07/26 | NVIDIA-NAI-2214959 - NVIDIA-NAI-2225685 |
| 08/07/26 | NVIDIA-NAI-2213060 - NVIDIA-NAI-2214958 |

| | |
|---|---|
| 08/07/26 | NVIDIA-NAI-2225686 - NVIDIA-NAI-2225721 |
| 08/10/26 | NVIDIA-NAI-2225722 - NVIDIA-NAI-2236413 |
| 08/10/26 | NVIDIA-NAI-2236414 - NVIDIA-NAI-2245035 |
| 08/10/26 | NVIDIA-NAI-2245034 and NVIDIA-NAI-2245035 |
| 08/10/26 | NVIDIA-NAI-2245036 - NVIDIA-NAI-2245153 |
| 08/11/26 | NVIDIA-NAI-2245154 - NVIDIA-NAI-2255172 |
| 08/11/26 | NVIDIA-NAI-2255173 - NVIDIA-NAI-2255445 |
| 08/11/26 | NVIDIA-NAI-2255446 - NVIDIA-NAI-2256498 |
| 08/11/26 | NVIDIA-NAI-2256499 - NVIDIA-NAI-2256671 |
| 08/11/26 | NVIDIA-NAI-2256672 - NVIDIA-NAI-2256794 |
| 08/12/26 | NVIDIA-NAI-2256795 - NVIDIA-NAI-2258449 |
| 08/31/26 | NVIDIA-NAI-2258450 - NVIDIA-NAI-2258451 |
| 09/02/26 | NVIDIA-NAI-2258452 - NVIDIA-NAI-2258893 |
| 09/08/26 | NVIDIA-NAI-2258894 - NVIDIA-NAI-2260525 |
| 09/14/26 | NVIDIA-NAI-2260526- NVIDIA-NAI-2260937 |