# EXHIBIT 6

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

Ahmed ElDessouki
Direct: +1 212.351.2345
Fax: +1 212.817.9354
AElDessouki@gibsondunn.com

June 8, 2026

Tanner Laiche
Susman Godfrey LLP
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Re: *Neural AI, LLC v. NVIDIA Corporation*, Case No. 7:24-cv-00221-ADA (WDTX)

Counsel,

On June 8, 2026, NVIDIA uploaded to the source code review computer the following code:

- Under folder SC00000041, source code for Riva

NVIDIA designates the source code files produced on the source code review computer as HIGHLY CONFIDENTIAL - SOURCE CODE under the Protective Order.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Ahmed ElDessouki
Counsel