# EXHIBIT 7

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

Ahmed ElDessouki
Direct: +1 212.351.2345
Fax: +1 212.817.9354
AElDessouki@gibsondunn.com

June 12, 2026

Tanner Laiche
Susman Godfrey LLP
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Re: *Neural AI, LLC v. NVIDIA Corporation*, Case No. 7:24-cv-00221-ADA (WDTX)

Counsel,

On June 11, 2026, NVIDIA uploaded to the source code review computer the following code:

- Under folder SC00000038, cuDNN code, versions 7.3, 8.0, 9.17
- Under folder SC00000039, cuQuantum code, version 22.11
- Under folder SC00000040, NDAS code, version R14.0
- Under folder SC00000042, DeepStream SDK code, versions 3.0, 4.0, 6.0
- Under folder SC00000043, GPU Driver code, versions R384, R390, R396, R580
- Under folder SC00000043, CUDA toolkit, version 10.0
- Under folder SC00000046, TensorRT code, versions 4.0, 8.0

NVIDIA designates the source code files produced on the source code review computer as HIGHLY CONFIDENTIAL - SOURCE CODE under the Protective Order.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Ahmed ElDessouki

Counsel