# EXHIBIT 8

**Rachel Hanna**

| | |
|---|---|
| **From:** | Tanner Laiche |
| **Sent:** | Wednesday, November 26, 2025 11:38 AM |
| **To:** | Barry K. Shelton ; Buroker, Brian M.; Rosenthal, Brian; McCracken, Casey J.; *** GDC-NeuralAI; Chung, Jaysen S.; Kieckhefer, L. Kieran; Mao, Lillian; Torchia, Paul E.; Lu, Vivian; ElDessouki, Ahmed |
| **Cc:** | Brian Melton; Brittany Siscoe; Kymberli Speedy; Mark Siegmund; Max Ciccarelli; Max Tribble; Rachel Hanna; Rachel Solis; Richard Wojtczak; Rocco Magni; Samuel Drezdzon; Santos Garza; Tamar Lusztig; Emily Portuguese |
| **Subject:** | Neural AI v. NVIDIA - Missing Source Code |

Counsel,

In addition to the other issues already raised, it has come to our attention that NVIDIA's September 24, 2025 source-code production in response to the Court's September 10 Order is further woefully deficient based on NVIDIA's production of alleged "public" code. As you know, the Court ordered NVIDIA to produce code for its applications/toolkits "Modulus, Monai, Riva, Maxine, Nemo, Merlin, CuOpt, Morpheus, Tokkio, Avatar, Drive, Isaac, Metropolis, Holoscan, Clara, Base Command, and TensorRT-LLM." NVIDIA represented to the Court that many of the applications, application frameworks, and acceleration libraries at issue are publicly available. *See* Sep. 8, 2025 Hrg. Tr. at 23:3–10, 46:23–35, 56:5–12. But NVIDIA's own public materials show that these products are not fully open-source components. *See, e.g.*, https://gitlab.com/nvidia; https://developer.nvidia.com/nim.

NVIDIA's September 25 production confirms this point. NVIDIA produced only high-level demonstration code and sample client applications, not the non-public backend and implementing code the Court ordered NVIDIA to produce. Indeed, the repositories NVIDIA labeled as responsive and produced consist almost entirely of example workflows, sample clients, and demonstration scaffolding, and do not include the code showing how the libraries actually function. As just an example:

- **Maxine (NVIDIA_NAI_GITHUB_00013).** The repository contains only the nim-clients-master folder, which is sample client applications that interface with Maxine NIMs. It does not contain any backend Maxine source code.
- **Metropolis (NVIDIA_NAI_GITHUB_00033 & NVIDIA_NAI_GITHUB_00055).** These two repositories are identical and contain only Metropolis NIM Workflows which is, again, example code for building visual AI agents, not the implementing code for Metropolis or any NIM microservice.
- **Clara (NVIDIA_NAI_GITHUB_00047).** The repository contains only clara-viz-main, an SDK that represents one small portion of the Clara platform. Large portions of Clara, including Clara Train, are not open source and are missing entirely from NVIDIA's production.
- **NIM Microservices (NVIDIA_NAI_GITHUB_00055).** Contains only high-level example workflows. None of the backend microservice code the Court ordered produced is included.

NVIDIA must produce the actual implementing source code for each application and toolkit identified in the Court's Order and not merely the high-level example workflows and scaffolding it has provided.

In addition to this issue, we again raise the issue of NVIDIA's outright refusal to produce implementing/generated code for the CUDA Runtime API. We have been asking for this code since August 15, 2025, and it has been the subject of two separate discovery hearings. At the September 8 Discovery Hearing, Mr. Rosenthal stated "If they don't have the source code, we'll get them the source code on that." Sep. 8, 2025 Hrg. Tr. at 29:7–15. At the most recent hearing, Mr. Rosenthal represented to the Court the NVIDIA "already produced it" and allegedly "showed [NAI] the directory in the source code computer where this code is located." Nov. 4 Hrg. Tr at 47:12–18. That was false. The directory Mr. Rosenthal pointed to was merely the directory for CUDA Runtime, and not the implementing code or code generation scripts that show how external code is generated before it is sent to the CUDA Driver. In fact, Mr. El-Dessouki's October 22, 2025 email prior to the hearing seemingly admits that NVIDIA is withholding this code. ("Moreover, to the extent there is any missing implementation code, that should not bar NAI from providing final contentions[.]").

The implementing code (i.e. generating build scripts) for key components of the CUDA Runtime (libcudart) is still missing. We would expect that code to be located in the "build" directory for the CUDA Runtime, but it is not there. We know the build scripts must exist because we see them being referenced in the cudart_generated_perl.nvmk; cudart_generated_python.nvmk makefiles. These makefiles call build scripts located in the directory: cudart/build/scripts/. NVIDIA did not produce this directory or any of the referenced build scripts. Without these files, it is impossible to complete a full trace of how the CUDA Runtime reads from and writes to GPU memory. We expect that these scripts will reveal how a CUDA Runtime API function's implementation is derived from the implementation of an internal CUDA API function. In a typical use case, the scripts would use the provided implementation of the cudaApiMemcpy internal function to derive the missing implementation of the ubiquitous cudaMemcpy Runtime API.

Please immediately confirm that by no later than December 5 NVIDIA will immediately supplement its production with all backend and implementing source code for the libraries that were the subject of the Court's September 10 Order. Further, please confirm whether NVIDIA's representations to the Court regarding the implementing/generated CUDA Runtime code were accurate. If so, identify the exact location of the missing build scripts—including cudart/build/scripts/ directory—within the source-code computer. If these materials are being withheld, please state the basis for doing so in light of Mr. Rosenthal's representations to the Court. If NVIDIA does not intend to provide this material, please provide your availability for a lead-counsel meet and confer.

This issue is being raised without waiving any of our rights regarding the many other deficiencies in NVIDIA's source-code production, including but not limited to missing CUDA-X code and any additional deficiencies that may be identified as review continues.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

*This e-mail may contain privileged and confidential information. If you received this message in error, please notify me and delete it immediately.*