# EXHIBIT 9

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

Ahmed ElDessouki
Direct: +1 212.351.2345
Fax: +1 212.817.9354
AElDessouki@gibsondunn.com

**HIGHLY CONFIDENTIAL – SOURCE CODE**

December 5, 2025

Tanner Laiche
Susman Godfrey LLP
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Re: *Neural AI, LLC v. NVIDIA Corporation*, Case No. 7:24-cv-00221-ADA (WDTX)

Counsel,

Pursuant to NVIDIA's Response to Neural AI's CUDA-X Submission, dated November 21, 2025, NVIDIA hereby makes available on the source code review computer, under folder "SC00000027," source code for the CUDA Toolkit. This includes code available under the "sw/rel/gpgpu/toolkit/" repository for releases 13.0, 12.0, and 11.0. This repository includes the following sub-directories for release 13.0:

- build
- cccl
- common
- compiler
- cub
- cublas
- cuda
- cudalibTesting
- cudalibtools
- cudaport
- cuda_download
- cuDLA
- cufft
- curand
- cuSolver
- cusparse
- cuvid
- debugger
- demo_suite
- devtools
- doc
- docs
- dvs
- dgxdmal
- eris
- iray
- libcudacxx
- math
- NPP
- nvcc_profiles
- nvgraph
- nvJPEG
- nvml
- nvtx
- opencl
- opencv
- openmpi
- packaging
- PGI
- pkg_specs
- samples
- SparseDirectSolvers
- thrust
- tools
- vandadium
- Doxyfile
- Makefile

Please note that several sub-directories provided in folder "SC00000027" were previously provided in folder "SC00000016." We have included them in SC00000027 for completeness.

NVIDIA also hereby makes available on the source code review computer, under folder "SC00000026," machine generated build files for CUDART R13.0. Please note that these build files are not maintained in the ordinary course of business under a source code repository. Rather, these build files are generated when a build command is invoked.

NVIDIA also hereby makes available on the source code review computer, under folder "SC00000028," source code for cuSPARCELt and cuDSS.

NVIDIA designates the source code files produced on the source code review computer as HIGHLY CONFIDENTIAL - SOURCE CODE under the Protective Order.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Ahmed ElDessouki
Counsel