# EXHIBIT 10

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

Ahmed ElDessouki
Direct: +1 212.351.2345
Fax: +1 212.817.9354
AElDessouki@gibsondunn.com

December 19, 2025

Tanner Laiche
Susman Godfrey LLP
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

Re: *Neural AI, LLC v. NVIDIA Corporation*, Case No. 7:24-cv-00221-ADA (WDTX)

Counsel,

Pursuant to the Court's Order dated September 10, 2025 (Dkt. 103), NVIDIA's Response to Neural AI's CUDA-X Submission dated November 21, 2025, and the Court's Order dated December 12, 2025 (Dkt. 133), on December 19, 2025, NVIDIA uploaded to the source code review computer the following code:

- Under folder SC00000031, source code for Clara Parabricks.

NVIDIA designates the source code files produced on the source code review computer as HIGHLY CONFIDENTIAL - SOURCE CODE under the Protective Order.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Ahmed ElDessouki

Counsel