# EXHIBIT 12

**Chanler Langham**

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Monday, June 1, 2026 11:31 AM
**To:** Kowallis, Karl W.; *** GDC-NeuralAI; Nvidia NAI Service; ElDessouki, Ahmed
**Cc:** Rocco Magni; Brian Melton; Max Tribble; Tamar Lusztig; Emily Portuguese; Samuel Drezdzon; Rachel Hanna; Richard Wojtczak
**Subject:** Re: Neural AI v. NVIDIA, Missing Source Code

Counsel,

Thank you for your response. We address each point below.

**Riva.** You say NVIDIA is still "investigating" the Riva closed-source code we identified. We've not heard from you since. What is the result of NVIDIA's investigation and will it be producing this code?

**Drive IX.** Your response states that it is "unclear" what we allege to be missing regarding Drive Concierge and Drive IX. To be clear, NVIDIA has not produced the Drive IX component. As we stated in our prior correspondence, Drive has two high-level components — Drive AV and Drive IX. While Drive AV and the Driveworks middleware were produced, Drive IX was not. NVIDIA's own publicly available documentation and infographics make clear that Drive IX is a distinct component of the Drive architecture and provides perception applications to access features and neural networks for advanced functionalities. https://blogs.nvidia.com/blog/drive-ix-ecosystem/. It was not included in the production. Accordingly, we reiterate our request that NVIDIA immediately produce the source code for Drive IX and Drive Concierge.

If NVIDIA refuses to produce any requested code, please provide your availability to meet and confer.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Kowallis, Karl W. <KKowallis@gibsondunn.com>
**Date:** Friday, May 8, 2026 at 12:40 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>; *** GDC-NeuralAI <GDC-NeuralAI@gibsondunn.com>; Nvidia NAI Service <nvidianaiservice@desmaraisllp.com>; ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** RE: Neural AI v. NVIDIA, Missing Source Code

EXTERNAL Email

Tanner,

We replied on Friday but inadvertently neglected to include you as a recipient. A copy of the email from Friday is attached.

**Karl W. Kowallis**
Associate Attorney

T: +1 212.351.2305
KKowallis@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Thursday, May 7, 2026 4:37 PM
**To:** *** GDC-NeuralAI <GDC-NeuralAI@gibsondunn.com>; Nvidia NAI Service <nvidianaiservice@desmaraisllp.com>; ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Cc:** RMagni@susmangodfrey.com; Brian Melton <BMelton@SusmanGodfrey.com>; MTRIBBLE@SusmanGodfrey.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: Neural AI v. NVIDIA, Missing Source Code

Counsel,

We've not received a response to this email. Please promptly respond or provide NVIDIA's availability to meet and confer.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Date:** Wednesday, April 29, 2026 at 5:33 PM
**To:** Gibson Dunn Counsel <gdc-neuralai@gibsondunn.com>; Nvidia NAI Service <nvidianaiservice@desmaraisllp.com>; Ahmed E. Eldessouki <aeldessouki@gibsondunn.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Neural AI v. NVIDIA, Missing Source Code
Counsel,

We write to follow up on our repeated request that NVIDIA produce all relevant backend/implementing source code that has already been ordered to be produced by the Court.

As we already repeatedly noted, NVIDIA has not produced all non-public backend and implementing code related to the libraries the Court ordered NVIDIA to produce. (See Dkt. 155). We've repeatedly followed up on this issue. (See, e.g., correspondence from T. Laiche on 11/26, 12/03, 12/08, 12/29, 12/8, 1/9, and 1/16). Yet backend and implementing code still remains outstanding.

***First***, as for Driveworks, multiple files in the produced Driveworks code reference CUDA- and DNN-related headers and interfaces that are missing from the production and are required to understand how the accused functionality operates. The missing Driveworks code includes but is not limited to:

- Headers from a dw/cuda/ directory—including files such as cuda_runtime.h and cudaResources.hpp.
- In addition, a dw/dnn/ directory referenced throughout the produced code; and
- DNNUtils.hpp (produced) includes references to multiple unproduced headers, including:
  - <dw/core/context/Context.hpp>
  - <dw/core/platform/Platform.hpp>
  - <dw/core/dnn/DNN.h>
  - <dw/core/dnn/DNNTypes.hpp>
  - <dw/core/dnn/tensor/Tensor.
- Drive Concierge and Drive IX:
  - Drive has two high-level components, Drive AV and Drive IX. Drive AV was produced, as well as the Driveworks middleware, more recently.
  - Drive Concierge and Drive IX are a part of the Drive SDK and on information and belief, infringe the patent claims in the same way as Drive AV; for instance, NVIDA's own website states that Drive IX provides perception applications to access features and neural networks for advanced functionalities; and Drive IX has additional functionalities from Drive AN and likely makes use of Driveworks in a similar way.

Accordingly, we request that NVIDIA immediately produce all of the Drive SDK and Drive Works code, as well as the source code for Drive OS, Drive Concierge, and Drive IX, including without limitation the dw/ folder and all modules responsible for communicating with CUDA and TensorRT, and including the files listed above.

***Second***, our experts have informed us that Riva has a relevant closed source portion that was not produced. The open source part of Riva is the APIs and client side code, which gets audio files or audio streams and sends those files to a server. The server includes a docker image called Riva ServiceMaker, and it comes with two tools used to upload models to the server: 1) riva-build, which takes a .riva (or .nemo) file and generates a RMIR (Riva Model Intermediate Representation); and 2) riva-deploy, which may use the RMIR and generate TensorRT engines and the Triton Inference Server repository. Accordingly, we also request that NVIDIA immediately produce: the Riva server docker files, source code, and containers (e.g., Riva ServiceMaker), including the tools riva-build and riva-deploy.

***Third***, continued source code analysis of TensorRT and the other tools (e.g., Drive) that use TensorRT indicates that while most of the TensorRT source code is open source, the CUDA kernels themselves are closed source and have not been produced. The TensorRT CUDA kernels are relevant to at least the GPU-processed computations recited in the claims. Accordingly, reserving the right to request additional

kernels as discovery continues, we request that NVIDIA produce the source code for the following functions represented as CUDA kernels:

- serialize(),
- deserialize(),
- create_execution_context(),
- build_engine_with_config(),
- execute_async_v3(),
- execute_v2(), and
- cudaStreamSynchronize().

If NVIDIA continues to refuse to produce this code, provide your availability to meet and confer promptly so we can address these issues and, if necessary, present the disputes to the Court.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---