**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI, LLC,** | |
| **Plaintiff,** | **Civil Action No. 7:24-cv-00221-ADA-DTG** |
| **v.** | **JURY TRIAL DEMANDED** |
| **NVIDIA CORPORATION,** | |
| **Defendant.** | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO AMEND INFRINGMENT CONTENTIONS**

Before the Court is Plaintiff Neural AI request for leave to amend its infringement contentions to include non-public Riva source code that NVIDIA belatedly produced in discovery. Having considered the Motion, the Court finds good cause and GRANTS the request.

**SO ORDERED: this _____ day of _____________________, 2026.**

______________________________________
United States District Judge