**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NVIDIA CORPORATION,**<br><br>**Defendant.** | **Civil Action No. 7:24-cv-00221-ADA-DTG**<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO WITHDRAW NEURAL AI'S MOTION FOR LEAVETO AMEND INFRINGEMENT CONTENTIONS WITH BELATEDLY PRODUCED *RIVA* SOURCE CODE (ECF 212)**

On September 28, 2026, Plaintiff Neural AI, LLC filed its Motion for Leave to Amend Infringement Contentions with Belatedly Produced *Riva* Source Code. ECF 212. The parties have agreed to raise the issue via dispute chart. Accordingly, Neural AI hereby withdraws its motion as moot.

Plaintiff Neural AI respectfully requests that the Court terminate the pending Motion.

Respectfully submitted,

*/s/ Rocco Magni*
Max L. Tribble.
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com

Attorneys for Plaintiff, Neural AI, LLC

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ Rocco Magni
Rocco Magni