**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

**NEURAL AI, LLC,**

**Plaintiff,**

**v.**

**NVIDIA CORPORATION,**

**Defendant.**

**Civil Action No. 7:24-cv-00221-ADA-DTG**

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER**

Before the Court is Neural AI, LLC's Motion to Withdraw Neural AI's Motion for Leave to Amend Infringement Contentions With Belatedly Produced Riva Source Code. ECF 212. Having considered the Motion, the Court finds good cause and GRANTS the withdrawal.

SO ORDERED: this _____ day of ____________________, 2026.

______________________________
United States District Judge