**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** *Plaintiff,* | § | |
| | § | |
| ***v.*** | § | **CASE NO. 7:24-CV-00221-LS-DTG** |
| | § | |
| **NVIDIA CORPORATION,** *Defendant.* | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR**
**LEAVE TO FILE REPLY (DKT. NO. 211)**

Before the Court is the plaintiff, Neural AI, LLC's unopposed motion for leave to file reply in support of its motion to compel (Dkt. No. 211). Having considered the motion, and good cause appearing, the Court hereby **GRANTS** the motion.

The Clerk is **DIRECTED** to file Exhibit A (Dkt. No. 211-1) to Neural AI, LLC's unopposed motion for leave to file reply in support of its motion to compel and Exhibits 48 and 49 (Dkt. No. 211-2; Dkt No. 211-3) under seal and title each document respectively.

The plaintiff is **ORDERED** to file a redacted copy of the motion to file under seal and the sealed document(s) within seven (7) days of the date of this order. If a redacted copy is not timely filed, the Court may order the original document to be unsealed.

**SIGNED** this 2nd day of October, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE