**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** *Plaintiff,* | § | |
| | § | |
| ***v.*** | § | **CASE NO. 7:24-CV-00221-LS-DTG** |
| | § | |
| **NVIDIA CORPORATION,** *Defendant.* | § | |

**ORDER GRANTING THE PLAINTIFF'S MOTION TO WITHDRAW (DKT. NO. 213)**

Before the Court is the plaintiff, Neural AI, LLC's motion to withdraw its motion for leave to amend infringement contentions (Dkt. No. 213). Having considered the motion, the Court finds that the motion should be **GRANTED**.

The clerk of the Court is **INSTRUCTED** to withdraw the plaintiff's motion for leave to amend infringement contentions (Dkt. No. 212).

**SIGNED** this 2nd day of October, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE