**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG |

**OPPOSED MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES**

Defendant NVIDIA Corporation ("NVIDIA") respectfully submits this Opposed Motion to Reset the Pretrial Conference and Trial Dates in light of the case's complexity and currently compressed schedule.

Per the current schedule (Dkt. 208), rebuttal expert reports are due on November 10, 2026, and the Parties then have 14 days to complete expert depositions. Thereafter, dispositive motions, pretrial exchanges and trial all occur within a span of 60 days, including the Christmas and New Year holidays. Trial is set to begin on January 25, 2027. NVIDIA submits that this compressed schedule does not provide the Parties or Court enough time to accomplish all that needs to be done.

This case is an extraordinarily complex one, even by large patent case standards. This complexity was made even more acute in view of Plaintiff's opening expert reports served two days ago. Plaintiff seeks almost $700 million in damages and accuses over 200 GPU products across eight different GPU architectures, along with 25 separate software packages. To date, the Parties have served reports from seven expert witnesses, and NVIDIA expects at least three or four additional experts to submit rebuttal reports. To give the Court an idea of the size and scope of this case, Plaintiff's opening infringement expert report is over **23,000 pages**, including almost

3,000 pages in the main body and principal infringement analysis appendices, and 20,000 pages of other appendices.

In addition to the highly complex issues implicated by the expert reports, a large number of discovery issues remain outstanding, even though opening expert reports were served this week. Plaintiff has six outstanding motions to compel discovery from third parties (against Amazon, Microsoft, Tesla, Google, Oracle and OAI), many of which are still not fully briefed. Moreover, Plaintiff just sent NVIDIA a dispute chart yesterday (the day after opening expert reports were served) seeking to amend its infringement contentions to add new theories of infringement for one of the accused software packages.

Based on the expert reports received so far, NVIDIA expects substantial pretrial motion practice. Specifically, NVIDIA expects to file *Daubert* motions on three of Plaintiff's reports. NVIDIA also expects to file several summary judgment motions, including motions on (a) non-infringement of all asserted claims on several technical and non-technical bases; (b) invalidity of multiple asserted patents; and (c) failure to establish damages.

NVIDIA submits that the present schedule does not leave enough time for the Parties and the Court to deal with the issues presented by this complex case. According to the current schedule, pretrial disclosures are due December 1, summary judgment and *Daubert* motions are due December 15, and the pretrial order is due the same day. The final pretrial conference is scheduled for January 15 (before briefing on the summary judgment and *Daubert* motions will even be complete). And trial is scheduled for January 25, 2027. Even for a small patent case, this schedule does not allow enough time for the Court to consider pretrial motions; in this case, the schedule is simply unworkable. The Court will be asked to resolve numerous complex issues in a matter of weeks, or even days, before trial. Given the complexity of the issues and the magnitude

of the case, this is not feasible.

In view of the above, NVIDIA respectfully requests a modest extension of the schedule that will allow a more orderly presentation of pretrial issues to the Court in advance of trial. NVIDIA requests that the Court reset the dates of the final pretrial conference and trial from January 15, 2027, and January 25, 2027, respectively, so that the trial takes place during one of the weeks of March 29–April 2, April 12–16, May 17–21, or May 24–28, 2027.

Once the Court resets these dates, NVIDIA proposes that the Parties will meet and confer on an agreed amended scheduling order and promptly submit it to the Court.

NVIDIA met and conferred with Plaintiff Neural AI, LLC regarding the relief sought in this Motion and Plaintiff indicated that it was opposed.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Mark N. Osborn*

Mark N. Osborn
KEMP SMITH LAW
221 N. Kansas
Suite 1700
El Paso, TX 79901
Tel: 915-533-4424
Fax: 915-546-5360

Brian A. Rosenthal
Paul E. Torchia
Hyunjong Ryan Jin
Vivian Lu (*pro hac vice*)
Gillian F. Moore (*pro hac vice*)
Karl W. Kowallis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com

ptorchia@gibsondunn.com
rjin@gibsondunn.com
vlu@gibsondunn.com
gmoore@gibsondunn.com
kkowallis@gibsondunn.com

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8541
bburoker@gibsondunn.com

Nathan R. Curtis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3423
ncurtis@gibsondunn.com

Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Benjamin N. Luehrs (SBN: 440317)
Joze Welsh (*pro hac vice*)
Jordan Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jowens@desmaraisllp.com

Brooke A. Miller (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
(202) 451-4900
bmiller@desmaraisllp.com

Barry K. Shelton
TX State Bar No. 24055029
Bradley D. Coburn
TX State Bar No. 24036377

SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734-4775
(512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

***Attorneys for Defendant NVIDIA Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on October 2, 2026.

*/s/ Mark N. Osborn*
Mark N. Osborn