**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

NEURAL AI, LLC,

Plaintiff,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 7:24-cv-00221-LS-DTG

**ORDER GRANTING OPPOSED MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES**

On this date, the Court considered Defendant NVIDIA Corporation's Opposed Motion to Reset the Pretrial Conference and Trial Dates ("Motion"). Having considered the Motion, the Court finds the Motion is well-taken and should be granted. Accordingly, the Court enters the following Orders:

1. Defendant NVIDIA Corporation's Opposed Motion to Reset the Pretrial Conference and Trial Dates is **GRANTED**.

2. The Court will **RESET** the pretrial conference and trial dates, at which time the Court will order the parties to confer on an amended scheduling order to submit to the Court.

**SO ORDERED.**

**SIGNED** this ____ day of ______________________________, **2026**.

______________________________
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**