**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG |

**FIFTH AMENDED SCHEDULING ORDER**

Pending before the Court is the defendant's Opposed Motion to Reset Pretrial Conference and Trial Dates. (Dkt. No. 217). Having considered the Motion, the Court finds the Motion should be **GRANTED**.

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Amended Date | Event |
|---|---|
| Tuesday, November 10, 2026 | Rebuttal Expert Reports. |
| Tuesday, November 24, 2026 | Close of Expert Discovery. |
| Tuesday, November 24, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday December 15, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |
| Tuesday, December 1, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, wit-ness lists, discovery and deposition designations). |
| Tuesday, December 8, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |

| | |
|---|---|
| Monday, December 14, 2026 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Tuesday, December 15, 2026 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| Tuesday, December 22, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Thursday, January 7, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Tuesday, January 12, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| Friday, May 14, 2027 | Final Pretrial Conference. |
| Monday, May 24, 2027 | Jury Selection/Trial. |

**SIGNED** this 13th day of October, 2026.



DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE