**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | **CASE NO. 7:24-CV-00221-LS-DTG** |
| **NVIDIA CORPORATION,** | § | |
| ***Defendant.*** | § | |

**ORDER REGARDING OCTOBER 07, 2026, DISCOVERY DISPUTE**

On October 07, 2026, the parties submitted a discovery dispute chart concerning the plaintiff's request for leave to amend its final infringement contentions. Neither party requested a hearing, and after considering the arguments stated in the dispute chart and the attached exhibits, the Court finds a hearing unnecessary and **GRANTS** the plaintiff's requested relief. It is **ORDERED** that the plaintiff may amend its final infringement contentions with those provided to the Court with the dispute chart.

**SIGNED** this 22nd day of October, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE