**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG |

**ORDER GRANTING MOTION AND ENTERING SIXTH AMENDED SCHEDULING ORDER (DKT. NO. 221)**

Pending before the Court is the parties' Joint Motion to Amended Scheduling Order. (Dkt. No. 221). Having considered the Motion, the Court finds the Motion should be **GRANTED**.

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Amended Date | Event |
|---|---|
| November 24, 2026 | Rebuttal Expert Reports. |
| December 18, 2026 | Close of Expert Discovery. |
| December 18, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| January 26, 2027 | Dispositive motion deadline and *Daubert* motion deadline. |
| April 1, 2027 | Serve Pretrial Disclosures (jury instructions, exhibit lists, wit-ness lists, discovery and deposition designations). |
| April 8, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |

| | |
|---|---|
| April 15, 2027 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| April 15, 2027 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| April 27, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| May 4, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| May 7, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| May 14, 2027 | Final Pretrial Conference. |
| May 24, 2027 | Jury Selection/Trial. |

**SIGNED** this 26th day of October, 2026.



DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE