**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

NEURAL AI, LLC,

Plaintiff,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 7:24-cv-00221-LS-DTG

# JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Neural AI, LLC ("Neural AI") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties") respectfully submit this Joint Motion to Amend the Scheduling Order. The Parties have met and conferred and agreed to amend the Seventh Amended Scheduling Order (D.I. 223) to extend the deadline for rebuttal expert reports from November 24, 2026 to December 2, 2026. All other dates, including the pretrial conference and trial date, remain unchanged.

The Parties' proposed modifications to the case schedule are reflected in the proposed amended scheduling order filed with this Motion, and are further reproduced in the table below:

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, November 24, 2026 | Wednesday, December 2, 2026 | Rebuttal Expert Reports. |
| Friday, December 18, 2026 | Friday, December 18, 2026 | Close of Expert Discovery. |

| Current Date | Agreed Date | Event |
|---|---|---|
| Friday, December 18, 2026 | Friday, December 18, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday, January 26, 2027 | Tuesday, January 26, 2027 | Parties to file opening dispositive motions and Daubert motions |
| Thursday, February 18, 2027 | Thursday, February 18, 2027 | Parties to file oppositions to dispositive motions and Daubert motions |
| Thursday, March 4, 2027 | Thursday, March 4, 2027 | Parties to file replies to dispositive motions and Daubert motions |
| Thursday, April 1, 2027 | Thursday, April 1, 2027 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| Thursday, April 8, 2027 | Thursday, April 8, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Thursday, April 15, 2027 | Thursday, April 15, 2027 | Parties to contact Court to confirm their pre-trial conference and trial dates. |
| Thursday, April 15, 2027 | Thursday, April 15, 2027 | Serve objections to rebuttal disclosures and file motions in limine. |
| Tuesday, April 27, 2027 | Tuesday, April 27, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |

| Current Date | Agreed Date | Event |
|---|---|---|
| Tuesday, May 4, 2027 | Tuesday, May 4, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| Friday, May 7, 2027 | Friday, May 7, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion in limine. |
| Friday, May 14, 2027 | Friday, May 14, 2027 | Final Pretrial Conference. |
| Monday, May 24, 2027 | Monday, May 24, 2027 | Jury Selection/Trial. |

Dated: November 20, 2026

Respectfully submitted,

*<u>/s/ Rocco Magni</u>*
Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
SUSMAN GODFREY L.L.P.
WA State Bar 5125174
401 Union Street, Suite 3000

*<u>/s/ Brian A. Rosenthal</u>*
Brian A. Rosenthal
Paul E. Torchia
Hyunjong Ryan Jin
Vivian Lu (*pro hac vice*)
Gillian F. Moore (*pro hac vice*)
Karl W. Kowallis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
brosenthal@gibsondunn.com
ptorchia@gibsondunn.com
rjin@gibsondunn.com
vlu@gibsondunn.com
gmoore@gibsondunn.com
kkowallis@gibsondunn.com

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8541
bburoker@gibsondunn.com

Nathan R. Curtis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3423

Seattle, WA 98101
tlaiche@susmangodfrey.com

Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHNSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
msiegmund@cjsjlaw.com

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, TX 76701
Max@CiccarelliLawFirm.com

***Attorneys for Plaintiff, Neural AI, LLC***

ncurtis@gibsondunn.com

Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Benjamin N. Luehrs (SBN: 440317)
Joze Welsh (*pro hac vice*)
Jordan Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jowens@desmaraisllp.com

Brooke A. Miller (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
(202) 451-4900
bmiller@desmaraisllp.com

Barry K. Shelton
TX State Bar No. 24055029
Bradley D. Coburn
TX State Bar No. 24036377
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734-4775
(512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

Mark N. Osborn
TX State Bar No. 15326700
KEMP SMITH LAW
221 N. Kansas
Suite 1700
El Paso, TX 79901
915-533-4424
mark.osborn@kempsmith.com

***Attorneys for Defendant NVIDIA Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on November 20, 2026.

/s/ *Barry K. Shelton*
Counsel for Defendant NVIDIA Corporation