**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 7:24-cv-00221-LS-DTG |

# EIGHTH AMENDED SCHEDULING ORDER

| Amended Date | Event |
|---|---|
| Wednesday, December 2, 2026 | Rebuttal Expert Reports. |
| Friday, December 18, 2026 | Close of Expert Discovery. |
| Friday, December 18, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Tuesday, January 26, 2027 | Parties to file opening dispositive motions and Daubert motions |
| Thursday, February 18, 2027 | Parties to file oppositions to dispositive motions and Daubert motions |
| Thursday, March 4, 2027 | Parties to file replies to dispositive motions and Daubert motions |
| Thursday, April 1, 2027 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| Thursday, April 8, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Thursday, April 15, 2027 | Parties to contact Court to confirm their pre-trial conference and trial dates. |

| Amended Date | Event |
|---|---|
| Thursday, April 15, 2027 | Serve objections to rebuttal disclosures and file motions in limine. |
| Tuesday, April 27, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |
| Tuesday, May 4, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| Friday, May 7, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion in limine. |
| Friday, May 14, 2027 | Final Pretrial Conference. |
| Monday, May 24, 2027 | Jury Selection/Trial. |

SIGNED THIS _____ DAY OF ____________________, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE